UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>              Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

## JOINT STATUS REPORT

The parties, by and through their attorneys, and pursuant to the Court's September 28, 2021 Order (Dkt. No. 55), hereby submit the following Joint Status Report:

1. **Nature of the Case**:

Plaintiff, formerly incarcerated within the Illinois Department of Corrections at Dixon Correctional Center, filed a Complaint against Defendants pursuant to 42 U.S.C. § 1983. Plaintiff alleges that, on January 23, 2020, while removing him from his cell at Dixon Correctional Center, Defendants used excessive force, engaged in an improper search, and acted with deliberate indifference to the violation of Plaintiff's constitutional rights. Defendants deny Plaintiff's allegations.

2. **Service of Defendants**:

All Defendants have been served. Defendants answered Plaintiff's Complaint on June 24, 2021 (Dkt. No. 45).

3. **Status of Discovery**:

Plaintiff served Defendants with his First Set of Requests for Production, to which Defendants have responded; however, Plaintiff has raised a number of deficiencies he believes exist with Defendants' responses to date. In addition to Defendants' document production, Defendants believe that a video file exists, and the parties are coordinating the manner in which this video file can be produced.

Defendants served Plaintiff with their First Set of Interrogatories, to which Plaintiff has responded.

The parties are currently meeting and conferring to resolve any disputes related to the parties' first sets of written discovery.

4. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions as Discovery progresses. Plaintiff has not issued a settlement demand. Defendants are unable to determine whether settlement may be feasible in this matter until they receive Plaintiff's settlement demand.

5. **All pending or anticipated motions**:

The parties have no other pending or anticipated motions at this time.

6. **Consent to a Magistrate Judge**:

Not all parties will consent to proceed before the Magistrate Judge for all purposes.

Dated: December 20, 2021

Respectfully submitted,

ROPES & GRAY LLP

/s/ *Timothy Farrell*
Timothy Farrell
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff, Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Maebetty Kirby*
Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(773) 590-7857
mary.kirby@ilag.gov

*Attorney for Defendants*