UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>    Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's December 21, 2021 Order (Dkt. No. 58), hereby submit the following Joint Status Report:

 1. **Status of Discovery**:

As set forth in the parties' previous Joint Status Report, the parties have exchanged initial written discovery requests. Since filing their December 20, 2021 Joint Status Report (Dkt. No. 57), the parties have met and conferred in an attempt to resolve outstanding issues related to Defendants' production in response to Plaintiff's First Set of Requests for Production. These discussions have resulted in further productions by Defendants, including more of Plaintiff's medical files and a video file. However, upon further review, Plaintiff's counsel believes that the video file produced by Defendants is the incorrect video file. The parties are working to resolve this issue.

Plaintiff's counsel is further reviewing the remainder of Defendants' most recent production, and the parties shall continue to confer in an effort to resolve any remaining or newly discovered disputes relating to Discovery.

Additionally, on February 23, 2022, Defendant Marinelli served her first set of Interrogatories on Plaintiff. Plaintiff's responses are due March 25, 2022.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions as Discovery progresses. Plaintiff has not issued a settlement demand, as the parties are still meeting and conferring regarding Defendants' discovery responses, and Plaintiff and his counsel must obtain adequate discovery before an appropriate settlement demand can be evaluated. Defendants are unable to determine whether settlement may be feasible in this matter until they receive Plaintiff's settlement demand.

3. **All pending or anticipated motions**:

The parties have no pending or anticipated motions at this time.

| | |
|---|---|
| Dated: February 23, 2022 | Respectfully submitted, |
| | ROPES & GRAY LLP |
| | /s/ *Timothy Farrell* |
| | Timothy Farrell |
| | 191 North Wacker Drive, 32nd Floor |
| | Chicago, IL 60606 |
| | Tel: (312) 845-1209 |
| | Fax: (312) 845-5569 |
| | timothy.farrell@ropesgray.com |
| | *Attorney for Plaintiff, Jeremy Washington* |
| | /s/ *Maebetty Kirby* |
| KWAME RAOUL | Maebetty Kirby |
| Attorney General of Illinois | Assistant Attorney General |
| | Office of the Illinois Attorney General |
| | 100 West Randolph Street, 13th Floor |
| | Chicago, Illinois 60601 |
| | (773) 590-7857 |
| | mary.kirby@ilag.gov |
| | *Attorney for Defendants* |