UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>                Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's February 23, 2022 Order (Dkt. No. 65), hereby submit the following Joint Status Report:

    1.    **Status of Discovery**:

As set forth in the parties' previous Joint Status Reports, the parties have exchanged written discovery requests. Most recently, Plaintiff has responded to Defendant Marinelli's first set of Interrogatories, which Defendant Marinelli served on February 23, 2022.

Plaintiff believes that some discovery items responsive to his discovery requests remain outstanding. The parties will continue to meet and confer to resolve any remaining discovery disputes.

Further, counsel for Plaintiff contacted counsel for Defendants on April 12, 2022 requesting a phone call to discuss outstanding discovery matters. Counsel for Defendants informed counsel for Plaintiff on April 13, 2022 that she would be leaving Illinois Attorney General's Office's Prison Litigation Unit at the end of that week (by April 15, 2022).

1

Defendants' counsel represented that a new defense attorney would file an appearance by the end of the following week, April 22, 2022. Plaintiff's counsel intends to discuss any ongoing discovery issues with the new defense attorney, but cannot do so until that attorney files an appearance or otherwise identifies himself to Plaintiff's counsel.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions, and is willing to discuss settlement with Defendants' new counsel once identified. Plaintiff has not issued a settlement demand, as the parties are still meeting and conferring regarding Defendants' discovery responses, and Plaintiff and his counsel must obtain adequate discovery before an appropriate settlement demand can be evaluated. Defendants are unable to determine whether settlement may be feasible in this matter until they receive Plaintiff's settlement demand.

3. **All pending or anticipated motions**:

Plaintiff intends to file an amended complaint in this matter.

Plaintiff intends to propose to defense counsel a revised discovery schedule that accounts for, among other things, substitution of the defense counsel. First, outstanding discovery disputes remain, and Plaintiff's counsel is waiting for Defendants' new counsel to appear so that the parties may discuss those issues. Second, Plaintiff's counsel, who is representing Plaintiff *pro bono*, has a busier than expected schedule, including an expedited litigation and upcoming trial out of state. The parties believe they can reach an agreed amended schedule that accounts for these circumstances, while ensuring that this case moves along expeditiously.

Dated: April 25, 2022            Respectfully submitted,

ROPES & GRAY LLP

/s/ *Timothy Farrell*
Timothy Farrell
John Wolf
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff, Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

/s/ *Maebetty Kirby*
Maebetty Kirby
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(773) 590-7857
mary.kirby@ilag.gov

*Attorney for Defendants*