# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |
|---|---|
| JEREMY WASHINGTON, | |
| Plaintiff, | Civil Case No. 20-cv-50390 |
| v. | Magistrate Judge Margaret J. Schneider |
| MICHAEL CONLEY, ET AL., | |
| Defendants. | |

## JOINT STATUS REPORT

The parties, by and through their attorneys, and pursuant to the Court's April 25, 2022 Order (Dkt. No. 67), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

With Defendants' consent, Plaintiff filed an amended complaint in this matter on May 13, 2022 (Dkt. No. 73). Counsel for Defendants expressed to counsel for Plaintiff that, because he was recently substituted as Defendant's counsel when prior counsel withdrew (see Dkt. No. 70), he would seek an extension of time to answer the Amended Complaint. Plaintiff's counsel communicated to Defendants' counsel that Plaintiff would not object to a request to extend time.

There remain outstanding discovery issues that the parties intend to discuss following Defendants' answer to the Amended Complaint. The parties may also engage in further discovery following the answer to the Amended Complaint. Consequently, instanter with this Status Report, the parties are also filing a motion to amend the case management order and extend the cutoff date for fact discovery.

2.     **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions.  Plaintiff is open to raising the prospect of settlement with new defense counsel once the parties confer regarding outstanding discovery requests and an answer to the Amended Complaint is filed.

3.     **All pending or anticipated motions**:

As stated above, the parties are filing instanter a motion to amend the case management order in this case.


Dated: May 27, 2022                          Respectfully submitted,

                                             ROPES & GRAY LLP

                                             */s/ Timothy Farrell*_____
                                             Timothy Farrell
                                             John Wolf
                                             Francis Liesman
                                             191 North Wacker Drive, 32nd Floor
                                             Chicago, IL 60606
                                             Tel: (312) 845-1209
                                             Fax: (312) 845-5569
                                             timothy.farrell@ropesgray.com

                                             *Attorneys for Plaintiff, Jeremy Washington*

                                             */s/ Brian Burkhardt*_____
KWAME RAOUL                                  Brian Burkhardt
Attorney General of Illinois                 Assistant Attorney General
                                             Office of the Illinois Attorney General
                                             100 West Randolph Street, 13th Floor
                                             Chicago, Illinois 60601
                                             (773) 590-7857
                                             brian.burkhardt@ilag.gov

                                             *Attorney for Defendants*