# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>                Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

## JOINT STATUS REPORT

The parties, by and through their attorneys, and pursuant to the Court's May 31, 2022 Case Management Order (Dkt. No. 76), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

Counsel for the parties met and conferred on June 5, 2022 to discuss outstanding discovery issues. Counsel for Defendants agreed to produce additional documents responsive to Plaintiff's discovery requests that were not previously produced by prior defense counsel. Once written discovery is substantially completed, the parties intend to schedule depositions consistent with the terms laid out in this Court's May 31, 2022 Case Management Order (Dkt. No. 76).

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes the production of requested documents and the taking of depositions.

3. **All pending or anticipated motions**:

There are currently no pending motions. As reflected in the above paragraphs, the parties have met and conferred in good faith to resolve existing discovery disputes. In order to remain on pace to meet the discovery deadlines set by this court (*see* Dkt. No. 76) and as discussed with Counsel for Defendants, Plaintiff reserves his right to file with the Court a motion to compel should he not receive satisfactory and timely production of requested documents.

Dated: July 12, 2022

Respectfully submitted,

ROPES & GRAY LLP

/s/ *Timothy Farrell*
Timothy Farrell
John Wolf
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff, Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

/s/ *Brian Burkhardt*
Brian Burkhardt
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(773) 590-7857
brian.burkhardt@ilag.gov

*Attorney for Defendants*