UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>      Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's August 31, 2022 Case Management Order (Dkt. No. 81), hereby submit the following Joint Status Report:

 1. **Status of Discovery**:

Counsel for the parties conferred via email on November 9, 2022 to discuss outstanding discovery issues. Counsel for Plaintiff explained that Plaintiff continues to wait for Defendants to produce additional documents responsive to Plaintiff's October 27, 2021 First Set of Requests for the Production of Documents. In particular, Defendants have produced policy and procedure documents relevant to the events at issue in this case—but, as Plaintiff's counsel has explained, Defendants produced policy and procedure documents that went into effect *after* the events at issue in this case occurred. Prior defense counsel (who has since withdrawn) agreed to produce relevant policy and procedure documents in effect on January 23, 2020, the date on which the events at issue in this case occurred.

Counsel for Defendants advised that she has contacted the correctional facility currently in possession of the relevant documents but has not received them.

1

Once written discovery is substantially completed, the parties intend to schedule depositions. However, Plaintiff's counsel cannot depose Defendants (or other possible deponents) until Defendants have produced all relevant documents.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes the production of requested documents and the taking of depositions.

3. **All pending or anticipated motions**:

There are currently no pending motions. As reflected in the above paragraphs, the parties have met and conferred in good faith to resolve existing discovery disputes. In order to remain on pace to meet the discovery deadlines set by this court (*see* Dkt. No. 76) and as discussed with Counsel for Defendants, Plaintiff reserves his right to file with the Court a motion to compel should he not receive satisfactory and timely production of requested documents.

| | |
|---|---|
| Dated: November 22, 2022 | Respectfully submitted, |
| | ROPES & GRAY LLP |
| | /s/ Timothy Farrell |
| | Timothy Farrell |
| | John Wolf |
| | Francis Liesman |
| | 191 North Wacker Drive, 32nd Floor |
| | Chicago, IL 60606 |
| | Tel: (312) 845-1209 |
| | Fax: (312) 845-5569 |
| | timothy.farrell@ropesgray.com |
| | *Attorneys for Plaintiff, Jeremy Washington* |
| KWAME RAOUL | */s/* Simerdeep Kaur |
| Attorney General of Illinois | Simerdeep Kaur |
| | Assistant Attorney General |
| | Office of the Illinois Attorney General |
| | 100 West Randolph Street, 13th Floor |
| | Chicago, Illinois 60601 |
| | (312) 965-0878 |
| | simerdeep.kaur@ilag.gov |
| | *Attorney for Defendants* |