UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>                Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

## JOINT STATUS REPORT

The parties, by and through their attorneys, and pursuant to the Court's November 28, 2022 order (Dkt. 86), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

As reflected in the parties' joint motion to extend the discovery deadline, filed concurrently with this status report, the parties are nearing the conclusion of document discovery and intend to promptly begin depositions. There remain a small number of documents that Defendants' counsel intends to produce now that the Court has entered the parties' agreed confidentiality order. *See* Dkt. 89. Reserving all rights to seek additional discovery as appropriate, the parties expect that this production will likely conclude document production. The parties anticipate they will need additional time to complete depositions of the parties and, as necessary, any third parties.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes the production of

requested documents and the taking of depositions.

    3.    **All pending or anticipated motions**:

There are currently no pending or anticipated motions.

Dated: January 18, 2023

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy Farrell*
Timothy Farrell
John Wolf
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff, Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Simerdeep Kaur*
Simerdeep Kaur
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 965-0878
simerdeep.kaur@ilag.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy R. Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd
Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*