UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CONLEY, ET AL., <br><br> Defendants. | Civil Case No. 20-cv-50390 <br><br> Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's January 19, 2023 order (Dkt. 92), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

The parties have concluded document discovery. The parties have scheduled Plaintiff's deposition and the depositions of 4 out of the 6 Defendants to be completed before the current April 28 fact discovery deadline. However, given counsel's other case commitments and the logistics of scheduling depositions of several corrections officers, the parties plan to file a motion for a short extension to accommodate scheduling of the final two depositions.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes the taking of depositions.

3. **All pending or anticipated motions**:

The parties anticipate moving for a short extension of fact discovery to accommodate two

1

depositions that are not yet scheduled.

Dated: March 31, 2023

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy Farrell*
Timothy Farrell
John Wolf
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff, Jeremy Washington*


KWAME RAOUL
Attorney General of Illinois

*/s/ Simerdeep Kaur*
Simerdeep Kaur
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 965-0878
simerdeep.kaur@ilag.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*