

JB Pritzker
Governor

Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

# INQUIRY

DATE:     July 3, 2020

TO:     Warden Sonja Nicklaus
        Dixon Correctional Center

FROM:   Lieutenant Arthur Manzano
        Internal Affairs

SUBJECT:  INQUIRY 2020-DIX-5054

Use of Force
DPU D Wing / Cell 10
Inmate Jeremy Washington Y33625

## CASE SUMMARY:

This inquiry was initiated at the request of Dixon Correctional Center Warden JOHN VARGA after it was reported by Shift Supervisor DANIEL NEWMAN that Offender JEREMY WASHINGTON Y33625 had his cell door window covered, was unresponsive to any verbal stimulation and assaulted staff.

At Dixon Correctional Center on 01/23/20 at approximately 10:30 p.m., Offender WASHINGTON, who was being housed in the Dixon ▓▓▓▓▓▓ Unit XC Wing/Cell 30, had his cell door window covered and was unresponsive to any verbal stimulation. Officer BRENT PORTER #4373 had been alerted by another offender worker that Offender WASHINGTON had a carton of feces in his cell and was going to assault staff with it. Officer PORTER contacted Lieutenant COLTON LOVE #13186 to the cell. Lieutenant LOVE and Sergeant CHRISTOPHER WHEELER #8516 reported to the cell and placed the large portable shield in front of the cell and attempted to get a verbal response from Offender WASHINGTON. Lieutenant LOVE'S attempts were unsuccessful. Lieutenant LOVE gave Offender WASHINGTON several direct orders to uncover his cell window and report to the door to be placed in restraints; however, Offender WASHINGTON remained unresponsive. The Tactical Unit responded to the cell and Squad Leader JORDAN BLACK #2769 began giving orders to Offender WASHINGTON to come to the cell door to be placed in hand restraints. Offender WASHINGTON remained unresponsive. Officer BLACK placed the large tactical shield in front of the cell door and opened the cuffing port to gain a visual inside the cell. Officer BLACK observed Offender WASHINGTON inside the cell pacing back and forth with his upper body and head wrapped in clothing and an unidentified object in his hand. Offender WASHINGTON threw a carton containing feces out the cuffing port which struck the shield.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

Squad Leader BLACK then administered a combination of pepper balls and pepper sprays into the cell through the cuffing port. After a short period of time, Offender WASHINGTON approached the cell door and complied with placing his hands out of the cuffing port and was secured in restraints.

This Investigator obtained and reviewed a copy of the Reportable Incident Form from Major DANIEL NEWMAN to Warden JOHN VARGA explaining the series of events that took place including the outcome. (Attachment #1)

This Investigator obtained and reviewed an incident report completed by Officer PORTER who stated that he was told by an XC janitor that Offender WASHINGTON who was housed in XC-30 was concealing a "shit bomb" and had intent to use it on staff. Officer PORTER advised Sergeant WHEELER. At approximately 10:30 a.m., Officer PORTER observed that Offender WASHINGTON'S cell window had been covered. Officer PORTER was then unable to get a verbal response from Offender WASHINGTON. Lieutenant LOVE was then notified, and the Tact Team was activated shortly thereafter. (Attachment #2)

This Investigator obtained and reviewed an incident report completed by Officer LUKE PAPKE #8523. PAPKE'S report corroborated that of PORTER as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #3)

This Investigator obtained and reviewed an incident report completed by Lieutenant LOVE. LOVE'S report corroborated that of PORTER and PAPKE as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #4)

This Investigator obtained and reviewed an incident report completed by Officer BENJAMIN SCHLOSSLER #7234. SCHLOSSLER'S report corroborated that of PORTER, PAPKE and LOVE as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #5)

This Investigator obtained and reviewed an incident report completed by Officer MICHAEL CONLEY #3198. CONLEY'S report corroborated that of PORTER, PAPKE, LOVE and SCHLOSSLER as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #6)

This Investigator obtained and reviewed an incident report completed by Officer DAN MARTINEZ #4642. MARTINEZ'S report corroborated that of PORTER, PAPKE, LOVE, SCHLOSSLER and CONLEY as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #7)

This Investigator obtained and reviewed an incident report completed by Officer BLACK. BLACK'S report corroborated that of PORTER, PAPKE, LOVE, SCHLOSSLER, CONLEY and MARTINEZ as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #8)

This Investigator obtained and reviewed an incident report completed by Officer KASSANDRA MARINELLI #6929. MARINELLI'S report corroborated that of PORTER, PAPKE, LOVE, SCHLOSSLER, CONLEY, MARTINEZ and BLACK as well as the Reportable Incident Summary by Major NEWMAN. (Attachment #9)

This Investigator obtained and reviewed an incident report completed by Correctional Nurse KATHERINE EMMONS. EMMONS' report indicated WASHINGTON was assessed and treated accordingly (Attachment #10)

This Investigator obtained and reviewed a copy of an offender disciplinary report authored by PORTER. The report indicates WASHINGTON Y33625 was issued an Offender Disciplinary Report in accordance with DR 504 for the charges of 102b – Assault, 601.Conspiracy/104 – Dangerous Contraband, 210 – Impairment of Surveillance and 215 – Disobeying a Direct Order Essential to Safety and Security (Attachment #11)

This Investigator contacted the facility Grievance Office and there have been no complaints filed by Offender JEREMY WASHINGTON Y33625 in reference to the series of events on January 24, 2020.

## CONCLUSION:

Based on a total review of all the available facts, the allegation that Offender JEREMY WASHINGTON Y33625 had his cell door window covered, was unresponsive to any verbal stimulation and assaulted staff is substantiated. The investigation determined that there were no violations with reference to A.D. 05.01.173, Calculated Use of Force/Cell Extractions and immediate force was found necessary to prevent WASHINGTON from ████████████

## ATTACHMENTS:

1. Reportable Incident Form, Major DANIEL NEWMAN, 01/24/20
2. Incident Report, Officer BRENT PORTER, 01/24/20
3. Incident Report, Officer LUKE PAPKE, 01/24/20
4. Incident Report, Lieutenant COLTON LOVE, 01/24/20
5. Incident Report, Officer BENJAMIN SCHLOSSLER, 01/24/20
6. Incident Report, Officer MICHAEL CONLEY, 01/24/20
7. Incident Report, Officer DAN MARTINEZ, 01/24/20
8. Incident Report, Officer JORDAN BLACK, 01/24/20
9. Incident Report, Officer KASSANDRA MARINELLI, 01/24/20
10. Incident Report, Correctional Nurse KATHERINE EMMONS, 01/24/20
11. Adjustment Committee Summary, Offender JEREMY WASHINGTON Y33625 – 01/28/20

Lt. Art Manzano #5641
Internal Affairs Investigator
Dixon Correctional Center

✓ Concur ___ Do Not Concur

Sonja Nicklaus, Warden          7/4/20
                                Date

## Manzano, Arthur

| | |
|---|---|
| **From:** | Newman, Daniel T. |
| **Sent:** | Friday, January 24, 2020 1:19 AM |
| **To:** | DOC.DL-Reportable Incidents |
| **Subject:** | Reportable Incident-Dixon Correctional Center-Use of Force/ Pepper Spray- Offender Washington, Jeremy Y33625 |

Reportable Incident – Dixon Correctional Center

Notification:
Major Daniel Newman notified Warden Sonja Nicklaus at approximately 12:23am.
Warden Sonja Nicklaus notified Deputy Director Marcus Hardy at approximately 12:35am.

Date:
January 23, 2020

Time of Incident:
Approximately 10:30pm

Location:
Dixon ▓▓▓▓▓▓ Unit D- Wing Cell 10

Offender(s) Involved:
Washington, Jeremy Y33625

Staff Involved:
Correctional Lieutenant Colton Love
Correctional Sergeant Christopher Wheeler
Correctional Officer Brent Porter
Registered Nurse Kate Emmons

ERT staff:
Correctional Officer Jordan Black
Correctional Officer Luke Papke
Correctional Officer Michael Conley
Correctional Officer Benjamin Schlossler
Correctional Officer Kassandra Marinelli
Correctional Officer Danny Martinez

Narrative:
On January 23, 2020, at approximately 10:30pm, Offender Washington, Jeremy Y33625 , who is currently being housed in the Dixon ▓▓▓▓▓▓ Unit XC wing cell 30, had his cell door window covered, and was unresponsive to any verbal stimulation. Officer Porter had a been alerted by an offender worker that offender Washington had a carton of feces in his cell and was going to assault staff with the feces. Officer Porter called Lieutenant Love to the cell. Lieutenant Love and Sergeant Wheeler reported to the cell and placed the large portable shield in front of the cell and attempted to get a verbal response from Offender Washington. Lieutenant Love's attempts were unsuccessful. Lieutenant Love gave Offender Washington several direct orders to uncover his cell window and report to the door to be placed in restraints;

1

Attachment _____1_____

page ___1___ of ___3___

**IDOC000004**

however, Offender Washington remained unresponsive. The Tactical Unit responded to the cell and Squad Leader Black began giving orders to offender Washington to come to the cell door to be placed in hand restraints. Offender Washington remained unresponsive. Officer Black placed the large tactical shield in front of the cell door and opened the cuffing port to gain a visual inside the cell. Officer Black observed offender Washington inside the cell pacing back and forth with his upper body and head wrapped in clothing and an unidentified object in his hand. Offender Washington threw a carton containing feces out the cuffing port which struck the shield. Squad Leader Black then administered a combination of pepper balls and pepper sprays into the cell through the cuffing port. After a short period of time offender Washington approached the cell door and complied with placing his hands out of the cuffing port and was secured in restraints.

Disposition:
Once Secured, offender Washington was taken to the eyewash station in XC Wing and was afforded the opportunity to wash the effects of the pepper spray from his face. Offender Washington was assessed by Nurse Emmons and only complained of pain to his torso. Nurse Emmons noted no visible injuries. Offender Washington was escorted to XD wing where he was going to be placed in cell 9. ████████████████████████████████████████████

████████████████████████████ The cell was thoroughly searched prior to entry and a strip search was performed inside the cell. No staff were injured during the incident. No other offenders were affected by the pepper spray.████████████████████████████The only item recovered from offender Washington's cell was a broken black comb which is believed to be the unknown item in the offender's hand at the time of the incident. This shall serve as the final report unless additional information becomes available.

Name & Number: Washington, Jeremy Y33625
DOB: ██████████
Age: 21
Race: Black
Height: 6' 4"
Weight: 280
STG: ████████████████
Crime/Sentence/County: AGG DISCHARGE FIREARM/OCC VEH/6 years/Cook
MSR: 11/17/2021
Escape Risk/Security Level: Moderate/Maximum
Aggression Level: High
Housing Unit: Dixon ████████Unit XC-Wing Cell 30
Work/Program Assignment: Disciplinary Segregation, Lockup
EDSC: N/A
SMI: ████
Mental Health Caseload: ██████
Psychotropic Medications: ██████
Medication Compliant ██████

Demographics- ERT Staff:
Name: Jordan Black
Title: Correctional Officer
Badge Number: #2769
Seniority Date: 04-20-2015

Name: Luke Papke
Title: Correctional Officer
Badge Number: #8523
Seniority Date: 01-04-2016

Attachment 1
age 2 of 3
IDOC000005

Name: Michael Conley
Title: Correctional Officer
Badge Number: #3198
Seniority Date: 02-26-2018

Name: Benjamin Schlossler
Title: Correctional Officer
Badge Number: #7234
Seniority Date: 09-12-2016

Name: Kassandra Marinelli
Title: Correctional Officer
Badge Number: #6929
Seniority Date: 04-08-2019

Name: Danny Martinez
Title: Correctional Officer
Badge Number: #4642
Seniority Date: 01-06-2014


Sending Shift Supervisor: Major Daniel Newman #588


State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

IDOC000006

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

Incident Number: 2020DIX5054

Type of Incident: Force

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon C.C.

Date of Incident: 1-23-20   Time of Incident: 5⁰⁰   ☐ am ☒ pm

| | | |
|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | |
| Was Property Damaged: | ☐ YES ☒ NO | |
| Were Arrests Made: | ☐ YES ☒ NO | |
| Were there Media Inquiries: | ☐ YES ☒ NO | |

| | |
|---|---|
| Were Restraints / Force Used: | ☐ YES ☒ NO |
| Were Chemical Agents or OC Used: | ☐ YES ☒ NO |
| Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y33635 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Lt. Love | 13186 | | |
| Sgt. Wheeler | 8516 | | |

**Statement of Facts: (NARRATIVE)**

On the above date and appx. time this c/o Porter was told by XC Janitors that XC-30 cell inmate Washington was concealing a "shit bomb" and had intent to use it on staff. This c/o Porter advised Sgt Wheeler. At appx. 10³⁰ this c/o Porter observed I/m Washington cell window had been covered. This c/o Porter was then unable to get a verbal response from I/m Washington. Lt. Love was then notified, and force was activated shortly thereafter.

Attachment 2

page 1 of 1

| | | | | |
|---|---|---|---|---|
| c/o Porter | | 1-23-20 / 1820 | | 1/23/20 1155 |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:**

Chief Administrative Officer: _____   Date / Time: 1/24/20 9:00 am

Distribution:   Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

**IDOC000007**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020 DIXSOSY
Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC    Date of Incident: 1/23/2020    Time of Incident: 11¹⁰   ☐am ☒pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | Were Restraints / Force Used: | ☒ YES ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y33625 | c/o Martinez | 4642 |
| c/o Black | 5769 | c/o Schlosser | 7254 |
| c/o Conley | 3198 | c/o Marinelli | 6929 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approx. time Tact was activated on I/m Washington Y33625 in cell XC-30 for covering his window, ▓▓▓▓▓▓▓ and having an alleged weapon in the cell. I (c/o L. Papke 6523) was designated as door. We walked onto the wing and stacked up on his cell door. I/m Washington was given a direct order to cuff up but refused. The food port was then opened and I/m Washington threw an unknown liquid out the food port. I/m Washington was given numerous more direct orders to cuff up. At this time, I/m Washington was pacing back and forth in his cell with what appeared to be a weapon in his left hand. Pepper was administered into the cell. I/m Washington refused to comply and was still observed pacing around with what appeared to be a weapon in his hand. After several rounds of direct orders to cuff up and pepper being administered into the cell, I/m Washington eventually complied and was placed in mechanical restraints through the food port. I/m Washington was escorted to the eye wash station and then out into the foyer to be seen by medical. I/m Washington refused medical attention and was then escorted down to XD-09 where he declared he wanted to be placed ▓▓▓▓▓▓▓▓▓. A proper controlled strip search of I/m Washington was conducted inside the cell. I/m Washington ▓▓▓▓▓▓▓▓▓▓▓. The mechanical restraints were then removed.

| | | | |
|---|---|---|---|
| L. Papke | 6523 | 1-24-2020 / 3:00 am | |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report  1-24-20  418 |
| | | | Date / Time |

**Administrative Assessment:**

Attachment 3
page 1
Date / Time: 1/29/20 9:00am

Chief Administrative Officer:

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

1 of 2

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

**IDOC000008**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020 DIXX5054
Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC

Date of Incident: 1/23/2020    Time of Incident: 11:10    ☐am ☒pm

| | | |
|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | |
| Was Property Damaged: | ☐ YES ☒ NO | |
| Were Arrests Made: | ☐ YES ☒ NO | |
| Were there Media Inquiries: | ☐ YES ☒ NO | |

Were Restraints / Force Used: ☒ YES ☐ NO
Were Chemical Agents or OC Used: ☒ YES ☐ NO
Appr. Unit and/or Law Enf. Agency Notified: ☐ YES ☒ NO
Any Injuries / Hospitalizations: ☐ YES ☒ NO

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremey | Y33625 | c/o Martinez | 4642 |
| c/o Black | 5769 | c/o Schlosser | 7234 |
| c/o Conley | 3198 | c/o Marinelli | 6929 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

**Statement of Facts:  (NARRATIVE)**

through the food port and I/m Washington was secured inside. No injuries to staff or inmate to report at this time. I/m was identified by state ID and cell assignment. EOR

Attachment    3

page    2 of 2

| | | | |
|---|---|---|---|
| L Pople | Pople 8523 | 1-24-2020 / 2:00 am | M E___ 712    1-24-20  4½ Am |
| Reporting Employee (Print) | Reporting Employee Signature    Date / Time | Person Accepting Report    Date / Time |

**Administrative Assessment:**

Chief Administrative Officer: Sonji Nill    Date / Time: 1/24/20 9:00am

Distribution:  Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

2 of 2

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

IDOC000009

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020DIX505P

Type of Incident: Force

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon CC.

Date of Incident: 1-23-2020   Time of Incident: 1050   ☐am ☒pm

Was a Weapon Involved:          ☐ YES   ☒ NO
Was Property Damaged:           ☐ YES   ☒ NO
Were Arrests Made:              ☐ YES   ☒ NO
Were there Media Inquiries:     ☐ YES   ☒ NO

Were Restraints / Force Used:                      ☐ YES   ☒ NO
Were Chemical Agents or OC Used:                   ☐ YES   ☒ NO
Appr. Unit and/or Law Enf. Agency Notified:        ☐ YES   ☐ NO
Any Injuries / Hospitalizations:                   ☐ YES   ☒ NO

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|------|--------|------|--------|
| Ofm Washington Jeremy | Y33625 | | |
| C/O Porter | 4373 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|------|--------|------|--------|
| Sgt wheeler | 8516 | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time I, Lt Love, gave Ofm Washington # Y33625 three direct orders to come to the window because he was being unresponsive and covering his window. Shift commander notified. Ofm resides in C-wing of the X house cell 30. Ofm Washington was has been trying to get staff the entire shift 3-11 to open Ofm Washington's cell door or chuck hole. Staff had reported what to have looked like a carton full of liquid and poop in Ofm Washington's cell. C/O Porter was notified by the swing porters Ofm Washington had a shit bomb waiting to throw on staff. EOR.

Attachment   4

page   1   of   1

| | | | |
|---|---|---|---|
| Love 13186 | Lt Love | 1-23-20 1057 | 1/23/20 1156 |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Date / Time |
| 2-28-11 | | | |

Person Accepting Report

**Administrative Assessment:**

Chief Administrative Officer: Sonya Nill    Date / Time: 1/24/20 9:00am

Distribution:   Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

**IDOC000010**

*1 of 2*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Incident Report**

Incident Number: 2020DX5054

Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. / D.P.U.

Date of Incident: 1-23-2020  Time of Incident: 11:10  ☐am ☒pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | Were Restraints / Force Used: | ☒ YES ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremey | Y33625 | c/o Schlosser | 7234 |
| c/o Martinez | 4647 | c/o Papke | 8523 |
| c/o Conley | 3198 | c/o Mardrelli | 8929 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| c/o Black | 2769 | | |
| Nurse Connors | RN | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time in the DPU Tact team was activated to extract I/M Washington #Y33625 due to him barricading himself inside the cell, covering his window and was unresponsive to staff. Upon arrival to C-wing cell 30 occupied by I/M Washington, he continued to have his window covered. The food port was opened and I/M Washington threw an unknown liquid at the Tact team striking the shield. I/M Washington was observed with his face wrapped in cloth and had an unknown object in his hand. I/M Washington refused multiple directories to cuff up. Pepper was administered into the cell and another order was given to come cuff up which he refused. Pepper spray and pepper ball was administered multiple more times as I/M Washington continued to be non-compliant with multiple more orders to come cuff up. He continued to pace in his cell and assume a fighting stance with an unknown object that appeared to be a weapon in his hand. The door was cracked and I/M Washington was given another order to cuff up which he refused. Pepper was administered and another order to cuff up was complied. The door was sealed and I/M Washington was secured in 1850 restraints through the food port. The door was opened and he was ordered to kneel down, I/M Washington layed down on the floor and his legs were secured in 1850 restraints. He was assisted to his feet and was escorted to the C-wing eyewash station. Once finished rinsing his eyes he was escorted to the foyer to be seen by the nurse. I/M Washington refused medical attention, he was then escorted to D-wing cell 09. While being escorted he claimed and horizontal. Once at cell 09 a proper controlled strip was performed no contraband was found ████████. I/M Washington was escorted to the door

| c/o Schlosser | [signature] | 1-24-2020 / 2:15pm | [signature] 712 | 1-24-20 4:17pm |
|---|---|---|---|---|
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

1 of 2

**Administrative Assessment:**

Chief Administrative Officer: [signature] Sonji Nicholson  Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper  DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: _2020 DIX 5064_
Type of Incident: _Force_

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: _Dixon CC / RPV_     Date of Incident: _1-23-2020_  Time of Incident: _11:10_  ☐am ☒pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | Were Restraints / Force Used: | ☒ YES ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Im Washington, Jeremy | Y33625 | C/O Schlosser | 7234 |
| C/O Martinez | 4842 | C/O Ropke | 8623 |
| C/O Conley | 3198 | C/O Marinelli | 6929 |

**Witnesses to incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| C/O Blede | 2769 | | |
| Nurse Simmons | RN | | |

2 of 2
**Statement of Facts: (NARRATIVE)**
the door was secured and 1880 restraints were removed through the food port. No injury to staff
or inmates to report at this time. Im identified by cell assignment E.O.T.

Attachment ___5___

page ___2___ of ___2___

| | | | | |
|---|---|---|---|---|
| C/O Schlosser | | 1-24-2020 / 2:15pm | | 1-24-20 4:15pm |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:**

Chief Administrative Officer: _Sonja Nill_     Date / Time: _1/24/20 9:00am_

Distribution:  Director, Deputy Director, File
Legal Services (only if restraints/force used)

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

Printed on Recycled Paper

2 of 2

**IDOC000012**

Page 1 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020DIX5054
Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC, DPU     Date of Incident: 1-23-20     Time of Incident: 11¹⁰     ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy Y33625 | Y33625 | C/o Conley | 3198 |
| C/o Black | 2769 | C/o Schlossler | 7234 |
| C/o Martinez | 4642 | C/o Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | C/o Marinelli | 6929 |
| | | RN Emmons | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time I, C/o Conley 3198 was Restraint 1 position for activated tact team to extract I/m Washington, Jeremy Y33625 from XC-30 in DPU. It was heard from other staff that I/m Washington was making threats of ▇▇▇▇▇▇ and assaults, and also possibly possessed a home made weapon. Upon arrival at XC-30 the window was completely covered with what appeared to be saturated toilet paper stuck to window to prevent from seeing inside cell, and also what appeared to be a mattress layed against the cell door to Block entrance to cell. It was observed through the cuffing port that I/m Washington was pacing in the cell with a white cloth covering his face for a home made mask. I/m Washington was observed to be holding an object in his hand, a possible weapon, and assuming a fighting stance. I/m Washington refused to comply with multiple direct orders to turn his back, and place his hands through cuffing port for hand restraints to be applied. Pepper was administered into ...

| | | | | |
|---|---|---|---|---|
| Conley | 3198 | 1-24-20 2²⁵ am | M____ 712 | 1-24-20 4¹⁵ am |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

Attachment 6
page 1 of 3

**Administrative Assessment:**

Chief Administrative Officer: Sonja Nill     Date / Time: 1/24/20 7:00 am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints form used)     Printed on Recycled Paper     DOC 0434 (Eff. 1/2014)

**IDOC000013**

page 2 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: _2020 DFX5054_

Type of Incident: _Force_

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: _Dixon C.C. DPU_     Date of Incident: _1-23-20_     Time of Incident: _11°_ ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | 733625 | C/o Conley | 3198 |
| C/o Black | 2769 | C/o Schlessler | 7234 |
| C/o Martinez | 4642 | C/o Dapke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | C/o Marinelli | 6929 |
| | | RN Emmons | |

**Statement of Facts: (NARRATIVE)**

... cell and more orders were given, which I/m Washington refused to comply and also refused to drop the item in I/m Washington's hand. After more occurances of refused orders and more pepper being administered into XC-30 I/m Washington complied with application of restraints through cuffing port, backed out with opening of cell door. I/m Washington then, on his own, layed on his stomach for leg restraints and bite mask to be applied, which he complied. I/m washington was then helped to his knees and then sent to be escorted to eye wash station on xc-wing. Once escorted to eye wash station I/m Washington agreed with use. After eye wash station I/m Washington was escorted to foyer area, sat in chair to be examened by medical staff, which I/m Washington refused. I/m Washington was then escorted to XD-09 where a propper controlled strip search was conducted. During search I/m Washington made statements of someone touching his bottom area. After search I/m washington was assessed for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I/m Washington ...

| | | | |
|---|---|---|---|
| Conley | 3198 | 1-24-20 2²⁵ am | 1-24-20 4⁵ am |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report / Date / Time |

**Administrative Assessment:** _____

Chief Administrative Officer: _Sonja Nill_     Date / Time: _1/24/20 9:00am_

Distribution: Director, Deputy Director, File

*Printed on Recycled Paper*

Attachment page _2_ of _3_

DOC 0434 (Eff. 1/2014)

IDOC000014

**page 3 of 3**

ILLINOIS DEPARTMENT OF CORRECTIONS
### Incident Report

Incident Number: 2020 DIX 5054
Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. DPU   Date of Incident: 1-23-20   Time of Incident: 11:10  ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y33625 | C/o Conley | 3198 |
| C/o Black | 2764 | C/o Schlossles | 7234 |
| C/o Martinez | 4642 | C/o Pape | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | C/o Marinelli | 6929 |
| | | RN Emmars | |

**Statement of Facts: (NARRATIVE)**

... Was then placed ▓▓▓▓▓ in XD-09. I/m Washington was un restrained and secured in XD-09. While at cell door of XC-30 before I/m Washington complied with order I/m Washington threw an unknown liquid substance through the cuffing port of cell door of XC-30. I/m Washington was positively identified by state issued ID. No notable injuries to staff at this time.

EOR—

Attachment 6
page 3 of 3

| | | | | |
|---|---|---|---|---|
| Conley | 3198 | 1-24-20 2:25 am | M, Pape 712 | 1-24-20 4:00pm |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:**

Chief Administrative Officer: _____ Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
DOC 0434 (Eff. 1/2014)

**IDOC000015**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

Incident Number: 2020 DIX 505?

Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC DPU C-end D-Wing    Date of Incident: 1-23-20    Time of Incident: Approx 11:10  ☐ am  ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | Y37625 | C/o Morinelli | 6929 |
| C/o Black | 2869 | C/o Schlosser | 7234 |
| C/o Conley | 3198 | C/o Parke | 8523 |
| | | C/o Martinez | 4642 |

### Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| RN Nurse Emmens | | | |

### Statement of Facts: (NARRATIVE)

On the above date and approx time tact team was activated for do a cell extraction on I/M Washington per Warden Nicklbos Due to I/M covering his window, ▓▓▓▓▓ and barricaded himself in his cell. I R/o C/o Martinez 4642 Shield upon arriving to Dpv-c-cell 30. I/M was given a direct order per team leader Black, I/M refused food port but was opened I placed shield over cuffing port and a unknown liquid substance struck the door and shield. Pepper was administered into the cell along with multiple direct orders, I/M refused all orders, offender was seen pacing back and forth and assumed a fighting stance with an unknown item in his left hand that appeared to be to be a weapon. More pepper was administered along with multiple direct orders, I/M refused. At this time a decision was made to have door cracked more pepper was administered in to the cell Another direct order was given. I/M complied door was shut, I/M approached cuffing port hand restraints were applied once secured door was opened I/M was given an order to go on his knees, I/M layed down on his stomach D/M stomach Mechanical leg restraints were applied, once secured I/M was escorted to charing eye wash. He was then escorted to foyer to be seen by Medical. I/M refused Medical attention. I/M was then escorted to Dpv-A-09 a pepper controlled strip search was performed No contraband found. I/M was seen by a crisis team member, I/M stated "I am homicidal and suicidal" then refused further assessment. Door was shut. I/M 1850 escort Mechanical restraints were removed through cuffing port I/M was placed on crisis watch. Tact team exited the wing. No injuries to report C.O.R. ▓▓▓ identified by state D/O

| | | | | |
|---|---|---|---|---|
| C/o Martinez | C/o Martinez 4642 | Approx 1-24-20 2:30am | My Galt | 1-24-20 4:15am |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

### Administrative Assessment: _____

Chief Administrative Officer: _Sonja Nicl__    Attachment    Date / Time: 1/24/20 9:00am

Distribution:  Director, Deputy Director, File    Printed on Recycled Paper    page ___1___ of ___

DOC 0434 (Eff. 1/2014)
(Replaces DC 434)

*1/3*

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: 2020 DIXO 5054
Type of Incident: Force

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon C.C. DPU XC-30          Date of Incident: 1/23/2020    Time of Incident: 22:45    ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Washington, Jeremy | Y33625 | Martinez | 4642 |
| Marinelli | 6929 | Conley | 3198 |
| Schlossler | 7234 | Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Emmons | RN | | |
| | | | |
| | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time, this ATC was informed, per Major Newman, Offender Washington barricaded / obstructed all view into XC-30. Washington made threats of assaulting staff ▮▮▮▮▮▮▮ Washington was unresponsive to all staff at this time. This ATC was informed the Tactical Unit was activated to extract Washington from XC-30. This ATC-Team Lead, Martinez-Shield, Conley-1st Restraint, Schlossler-2nd Restraint, Papke-Door, Marinelli-Camera. Approximately 23:05, this ATC was informed Washington threatened to throw feces on staff and possibly had a weapon in the cell. Approximately 23:10, the team arrived to the door of XC-30. This ATC observed the cell door window completely covered. The cuffing port was opened and the shield was placed to cover the port for a visual into the cell. An unknown liquid was thrown out of the cuffing port striking the shield. This ATC gave Washington several direct orders to cuff up. This ATC observed Washington covered / wrapped with miscellaneous clothing and bedding. Washington had his face well covered. Washington was observed to have an unknown item in his hand. Washington refused to comply with all orders. This ATC administered PepperBall into XC-30 for area saturation. Washington began assuming a fighting stance and refusing orders to cuff up. Pepper spray was administered into the cell with little effect. Washington proceeded to pace the cell and take a fighting stance. Washington continued holding an unknown item in hand that was presumed to be a weapon. PepperBall was utilized to impact Washington's torso in an attempt to gain compliance. Washington still refused to comply. A combination of PepperBall impact and Pepper Spray was utilized several times between orders to cuff up. Every time pepper was administered into the cell, Washington appeared to slow down slightly. Washington

| Black 2769 | | 1/24/2020 | | |
|---|---|---|---|---|
| Reporting Employee (Print) | Reporting Employee Signature | 3:40 AM Date / Time | Person/Accepting Report  712 | 1-24-20  4½am Date / Time |

**Administrative Assessment:** _____

Chief Administrative Officer: _____     Date / Time: 1/24/20  9:00am

Distribution:  Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

Attachment _____ 6

page ___1___ of ___2___

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

2/3

*if the answer is yes to any of the following questions, explain in narrative below:*

Incident Number: 2020 DIX 5054

Type of Incident: Force

Facility/Program: Dixon C.C. DPU XC-30          Date of Incident: 1/23/2020     Time of Incident: 22:45    ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Washington, Jeremy | Y33625 | Martinez | 4642 |
| Marinelli | 6929 | Conley | 3198 |
| Schlossier | 7234 | Papke | 8523 |

### Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Emmons | RN | | |
| | | | |
| | | | |

### Statement of Facts:  (NARRATIVE)

grasped the presumed weapon throughout. The cell door was opened for a better view into the cell. PepperBall was again delivered to Washington, resulting in Washington dropping the item in hand and complying with orders to cuff up. Washington placed his hands through the cuffing port. The team secured Washington in restraints at the cell door. Washington was escorted to the XC eye wash station to rinse his eyes. Washington was escorted to the C/D medical station to be assessed by the RN. The RN examined and addressed Washington's medical needs. This ATC instructed Marinelli to video record what appeared to be the PepperBall impact to Washington's torso front and back. Video footage was also taken of Washington's head and face where there appeared to be no impact or injuries. Washington refused any further medical attention. Washington was escorted to XD-9 where he stated at the door ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington was escorted into XD-9, assisted onto the bed, and the team conducted a controlled search. No contraband was discovered on Washington's person. Washington was assisted into a security smock to be covered so a CRISIS team member could assess him. Several minutes later, RN Emmons arrived to conduct the CRISIS interview. Washington stated to the RN ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ then refused to speak further with the RN. This ATC was informed Washington would be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington was assisted to his feet, escorted to the door of XD-9, and restraints were removed through the cuffing port on the door. Approximately 00:00 1/24/2020, Washington was secured in XD-9 without further issue. No injuries to staff or offender to

| | | | |
|---|---|---|---|
| Black 2769 | | | 1/24/2020 |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | 3:40 AM |
| | | Person Accepting Report | 1-24-20 4<sup>yr</sup>m  Date / Time |

### Administrative Assessment:

Chief Administrative Officer: _____    Date / Time: 1/24/20  9:00am

Distribution:  Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

Attachment  8

page  2  of  3

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

IDOC000018

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020 DIX5054

Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. DPU XC-30        Date of Incident: 1/23/2020        Time of Incident: 22:45    ☐am ☒pm

Was a Weapon Involved:        ☒ YES   ☐ NO        Were Restraints / Force Used:        ☒ YES   ☐ NO
Was Property Damaged:        ☐ YES   ☒ NO        Were Chemical Agents or OC Used:        ☒ YES   ☐ NO
Were Arrests Made:        ☐ YES   ☒ NO        Appr. Unit and/or Law Enf. Agency Notified:   ☐ YES   ☒ NO
Were there Media inquiries:   ☐ YES   ☒ NO        Any Injuries / Hospitalizations:        ☐ YES   ☒ NO

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Washington, Jeremy | Y33625 | Martinez | 4642 |
| Marinelli | 6929 | Conley | 3198 |
| Schlossler | 7234 | Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Emmons | RN | | |
| | | | |
| | | | |

**Statement of Facts:  (NARRATIVE)**

report at this time. With the extraction complete, the team shook down XC-30. One black comb was recovered from the cell that resembled the unknown item in Washington's hand during the extraction. EOR

Attachment ___8___

page __3__ of __3__

Black 2769
Reporting Employee (Print)

Reporting Employee Signature

1/24/2020
3:40 AM
Date / Time

Person Accepting Report

1-24-20 4:37pm
Date / Time

**Administrative Assessment:**

Chief Administrative Officer:                Date / Time: 1/24/20 9:00am

Distribution:   Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

DOC 0434 (Eff. 1/2014)
(Replaces DC 434)

**IDOC000019**

1 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: 2020 DX 4 Q54

Type of Incident: _Force_

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: **Dixon CC**

Date of Incident: 1/23/20    Time of Incident: 11:10    ☐am ☒pm

| | | |
|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | |
| Was Property Damaged: | ☐ YES ☒ NO | |
| Were Arrests Made: | ☐ YES ☒ NO | |
| Were there Media Inquiries: | ☐ YES ☒ NO | |

Were Restraints / Force Used: ☒ YES ☐ NO
Were Chemical Agents or OC Used: ☒ YES ☐ NO
Appr. Unit and/or Law Enf. Agency Notified: ☐ YES ☒ NO
Any Injuries / Hospitalizations: ☐ YES ☒ NO

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | Y33625 | Clo Schlossler | 7234 |
| Clo Marinelli | 60979 | Clo Martinez | 4142 |
| Clo Conley | 3198 | Clo Black | 2769 |
| | | Clo Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time, TACT team was activated to
perform a cell extraction on I/M Washington due to his window
to the cell being covered, I/M being unresponsive and previously
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with a potential weapon. TACT team lined up
outside the door of I/M Washington, XC-wing cell-30. 1st direct order
was given to come to the door to cuff up which I/M Washington
refused to comply. Food port to the cell door was opened and the shield
was placed over the food port opening. I/M Washington, then threw
an unknown substance out of the food port and it splashed against
the shield. 2nd and 3rd direct order was given for I/M Washington
to come to the door to cuff up. I/M Washington did not comply
with direct orders. A combination of pepper was the used multiple
times through the food port to gain compliance. While pepper
was administered into the cell, I/M Washington was pacing
back and forth in the cell, had his face covered and had
something in his hand. I/M Washington was given multiple

| | | | | |
|---|---|---|---|---|
| Marinelli | Non | 1/24/20 150 am | M lot 712 | 1-24-20 412 am |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:**

Chief Administrative Officer: _Sonji Nill_

| Attachment | 9 |
|---|---|
| page | Date / Time: 1/24/20 9:00am |

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

DOC 0434 (Eff. 1/2014)
(Replaces DC 434)

**IDOC000020**

2 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020 DIX0054

Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC    Date of Incident: 1/23/20    Time of Incident: 11:10 ☐am ☒pm

| | | | | |
|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | Y33625 | C/o Schlossler | 7234 |
| C/o Marinelli | 10979 | C/o Martinez | 4642 |
| C/o Conley | 3198 | C/o Black | 2769 |
| | | C/o Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

**Statement of Facts: (NARRATIVE)**

orders to drop what he had in his hand, come to the door to cuff up. I/M Washington still refused to comply with direct orders. TACT team then prepared to breach the door. Door was opened and I/M washington was given direct orders to comply by coming to the door to cuff up. Peppew was administered into the cell through the opening of the door. I/M washington complied with direct orders and came to the door. The door was secured and I/M washington was placed into wrist restraints through the food port. The cell door was opened and I/M washington was placed on his stomach on the ground outside the cell to secure leg restraints on him. I/M washington was then escorted to XC-wing eyes wash station. I/M washington was then escorted to the foyer to be given the option to seek any medical attention. I/M washington refused medical and then was escorted to XD-wing cell #9 where he yelled ███████ ████████████████ A controlled strip search was conducted

| | | | | |
|---|---|---|---|---|
| Marinelli | Ma~ | 1/24/20 1:50 AM | M.C.~ 7/2 | 1-24-20 4:4pm |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:**

Attachment 9

page 2 of 3

Chief Administrative Officer: Sonja Nicol    Date / Time: 1/29/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

DOC 0434 (Eff. 1/2014)
(Replaces DC 434)

IDOC00002f

3 083

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: 2020 DIX 6054
Type of Incident: _Force_

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC     Date of Incident: 1/23/20   Time of Incident: 1110   ☐am ☑pm

| | | | | |
|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☑ NO | Were Restraints / Force Used: | ☑ YES | ☐ NO |
| Was Property Damaged: | ☐ YES ☑ NO | Were Chemical Agents or OC Used: | ☑ YES | ☐ N/A |
| Were Arrests Made: | ☐ YES ☑ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☑ NO |
| Were there Media Inquiries: | ☐ YES ☑ NO | Any Injuries / Hospitalizations: | ☐ YES | ☐ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| IM Washington, Jeremy Y33625 | | C/O Schlosser | 7234 |
| C/O Marinelli | 6979 | C/O Martinez | 4042 |
| C/O Conley | 8198 | C/O Black | 2769 |
| | | C/O Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | RN | | |

**Statement of Facts: (NARRATIVE)**

inside cell-9 and IM Washington was then dressed into
a smock ████████████████████████████

IM Washington was then brought to the cell door, the door
was secured and mechanical restraints were removed through
the food port. Once the food port was secured, TACT team
was then exited XD-wing. I, C/O Marinelli, was Camera
during this activation.

Attachment 9

page 3 of 3

| Marinelli | Mar | 1/24/20 150pm | [signature] | 1-24-20 4 pm |
|---|---|---|---|---|
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:**

Chief Administrative Officer: _Sonya Nill_   Date / Time: 1/24/20 9.00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)     Printed on Recycled Paper     DOC 0434 (Eff. 1/2014)
(Replaces DC 434)

IDOC000022

ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: 2020 DIR 0004
Type of Incident: Force

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC    Date of Incident: 1/23/20    Time of Incident: 1120 am/pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☐ NO | Were Restraints / Force Used: | ☐ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☐ NO | Were Chemical Agents or OC Used: | ☐ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☐ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☐ NO |
| Were there Media Inquiries: | ☐ YES | ☐ NO | Any Injuries / Hospitalizations: | ☐ YES | ☐ NO |

**Offenders / Staff Involved:**

Name: Washington, Jeremy    I.D. #: K33625    Name: _____ I.D. #: _____

**Witnesses to Incident:**

Name: _____ I.D. #: _____    Name: _____ I.D. #: _____

**Statement of Facts: (NARRATIVE)**

At the above date & approximate time Im Washington Jeremy K331025 was extracted from his cell by tact team. Im assessed & treated accordingly. EDR.

Attachment 0
page 1 of 1

Reporting Employee (Print): Kemmons RN
Reporting Employee Signature: _____
Date / Time: 1/23/20 11:40 pm
Person Accepting Report: _____ 712
Date / Time: 1-24-20 4:12

**Administrative Assessment:**

Chief Administrative Officer: _____
Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

IDOC000023

202000620

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report**

| Type of Report: | | | |
|---|---|---|---|
| ☒ Disciplinary | ☐ Investigative | Facility: Dixon CC | Date: 1/23/2020 |

Offender Name: Washington, Jeremy   ID #: Y33625   SMI: ☐ yes ☒ no   Race: African-American

Observation Date: 1/23/2020   Approximate Time: 11⁰⁰ ☒ a.m. ☐ p.m.   Location: XC-30

Offense(s): DR 504: 102 L → Assault  601-104 Dangerous Contraband

**Observation:** (NOTE: Each offense identified above must be substantiated.)
310 - Impairment of Surveillance  215 - Disobeying a direct order essential to
safety and security
On the above date and approx. time Tact was activated for a cell extraction for
I/M Washington, Jeremy Y33625. During this _____ I/M Washington had his
cell door window covered preventing vision from being able to see I/M
Washington also threw an unknown liquid substance through his food port making
contact with the Tact team's shield. I/M Washington was also observed being in his
cell with what appeared to be a homemade weapon in his left hand. I/M
Washington also refused numerous direct orders to be placed in mechanical restraints

Witness(es): C/O Black 2769

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Duplo | 8503 | [signature] | 1/24/2020 | 230 ☐ a.m. ☒ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

**Disciplinary Action:**   Reasons: Seg officer  Cm 1-24-20

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status

Printed Name and Badge #   Shift Supervisor's Signature   Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment:

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

[signature]   [signature]   1-24-20
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ Hearing Investigator Review Required (Adult Correctional Facility Major Reports Only):
C Albrecht W11   CC W11   1-27-2020
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign   Offender's Signature   ID#

B Walk   5377   930 ☐ a.m. ☒ p.m.   [signature]
Serving Employee (Print Name)   Badge #   Signature
1/24/2020   930
Date Served   Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature   ID#

- - - - - - - - - - - (Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing) - - - - - - - - - - -

Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to: _____

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to: _____

Distribution:  Master File
Offender

DOC 0317 (Rev. 01/2020)

Attachment 11
page 1 of 3

IDOC000024

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Continuation Page**

Dixon CC
Facility

☑ Disciplinary Report  ☐ Investigative Report  ☐ Disciplinary Summary  ☐ Adjustment Committee Summary

Report/Incident Date: 1/23/2020 _____  Incident # (if applicable): _____

Offender Name: Washington, J

Use the space below to provide any additional information.

resulting in pepper being administered into the cell. Inm was identified by State
ID and cell assignment. EOR

Page 2 of 2

Master File, Offender,
Facility (2)

DOC 0318 (Eff. 6/2006)
(Replaces DC 7212)

IDOC000025

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** WASHINGTON, JEREMY     **IDOC Number:** Y33625     **Race:** BLK

**Hearing Date/Time:** 1/28/2020   10:03 AM     **Living Unit:** DIX-XD-D-11     **Orientation Status:** N/A

**Incident Number:** 202000620/1 - DIX     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 1/23/2020 | 202000620/1-DIX | PAPKE, LUKE T | BUILDING 148 DPU C WING | 11:10 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102b | Assault<br>Comments:unknown liquid substance at TACT team | Guilty |
| 601.Conspiracy/104 | Dangerous Contraband<br>Comments:black comb | Guilty |
| 210 | Impairment Of Surveillance<br>Comments:cell observation window covered | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and<br>Comments:refused DO's from TACT team | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Ticket read. Offender Washington stated they suck dick and fuck dead people.

## BASIS FOR DECISION
Committee is satisfied that offender Washington Y33625 is guilty of all charges listed in the report. This decision was reached based on the following information:

By the report written by C/O Papke that states TACT team was activated for cell extraction of offender Washington Y33625. During the process of extraction offender Washington had his cell observation window covered preventing anyone from being able to see into cell. Washington threw an unknown liquid substance through his food port making contact with the TACT team's shield. Offender Washington refused numerous direct orders to come to the door and be placed in mechanical restraints and was observed through food port pacing in his cell with what appeared to be a homemade weapon in his left hand. Pepper spray had to be administered by TACT team to gain compliance of offender Washington Y33625.

By the reporting staff positively identifying offender Washington Y33625 by state issued ID card and cell assignment.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| Revoke GCC or SGT 2 Months | Revoke GCC or SGT 2 Months |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| **Basis for Discipline:**nature of offense | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|-----------|------|------|
| REMMERS, MICHAEL D - Chair Person | | 01/28/20 | WHI |

Attachment
page __ of __

IDOC000026