PREA

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

Incident Number: _____
Type of Incident: _____

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon CC     Date of Incident: 1/23/2020     Time of Incident: 06:55     ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | | Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☐ YES ☒ NO | | Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES ☒ NO | | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| R. Wrobleski | BHT | | |
| Washington, Jeremy | Y33625 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| C/O Porter | | | |

**Statement of Facts: (NARRATIVE)**
On the above date and approximate time, I/M Washington (Y33625) on C-wing requested to file a PREA, however, C/O Porter stated he saw a container full of feces within his cell. Staff was not comfortable going to I/M's cell due to the biological hazardous material found, hence, the PREA was not completed. EOR.

R. Wrobleski
Reporting Employee (Print)

[signature] Reporting Employee Signature

1/23/2020
7:43 PM
Date / Time

[signature] Person Accepting Report

1/23/20  8:10
Date / Time

**Administrative Assessment:** ____

Chief Administrative Officer: [signature Sonja Nill]

Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)
Printed on Recycled Paper
DOC 0434 (Eff. 1/2014)
Replaces DC 434
IDOC000027

STMT
1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. / O.P.V.    Date of Incident: 1-23-2020    Time of Incident: 11:16  ☐am ☒pm

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ | ☐ | Were Restraints / Force Used: | ☒ | ☐ |
| Was Property Damaged: | ☐ | ☒ | Were Chemical Agents or OC Used: | ☒ | ☐ |
| Were Arrests Made: | ☐ | ☒ | Appr. Unit and/or Law Enf. Agency Notified: | ☐ | ☒ |
| Were there Media Inquiries: | ☐ | ☒ | Any Injuries / Hospitalizations: | ☐ | ☒ |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremey | Y33625 | C/O Schlosser | 7234 |
| C/O Martinez | 4642 | C/O Papke | 8523 |
| C/O Conley | 3198 | C/O Marinell | 0929 |

### Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| C/O Black | 2769 | | |
| Nurse Emmons | RN | | |

### Statement of Facts: (NARRATIVE)

On the above date and approximate time in the OPV. Tact team was activated to extract I/m Washington #Y33625 due to him barricading himself inside the cell, covering his window and was unresponsive to staff. Upon arrival to C-wing cell 30 occupied by I/m Washington, he continued to have his window covered. The food port was opened and I/m Washington threw an unknown liquid at the Tact team striking the shield. I/m Washington was observed with his face wrapped in cloth and had an unknown object in his hand. I/m Washington refused multiple direct orders to cuff up. Pepper was administered into the cell and another order was given to come cuff up which he refused. Pepper spray and pepa ball was administered multiple more times as I/m Washington continued to be non-compliant with multiple more orders to come cuff up. He continued to pace in his cell and assume a fighting stance with an unknown object that appeared to be a weapon in his hand. The door was cracked and I/m Washington was given another order to cuff up which he refused. Pepper was administered and another order to cuff up was given which he complied. The door was sealed and I/m Washington was secured in 1850 restraints through the food port. The door was opened and he was ordered to kneel down. I/m Washington layed down on the floor and his legs were secured in 1850 restraints. He was assisted to his feet and was escorted to the C-wing eyewash station. Once finished rinsing his eyes he was escorted to the foyer to be seen by the nurse. I/m Washington refused medical attention. He was then escorted to D-wing cell 09. While being escorted he claimed he was suicidal and homicidal. Once at cell 09 a proper controlled strip was performed, no contraband was found. A crisis team member arrived and he refused to talk to said crisis team member and was placed on crisis watch. I/m Washington was escorted to the door

| C/O Schlosser | [signature] | 1-24-2020 / 2:15am | [signature] 712 | 1-24-20 4:15am |
|---|---|---|---|---|
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

1 of 2

### Administrative Assessment: _____

Chief Administrative Officer: [signature Sonja Nall]    Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

IDOC0000028 (Eff. 1/2014)
[Replaces DC 434]

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. / P.P.V.    Date of Incident: 1-23-2020    Time of Incident: 11:10 ☐ am ☒ pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | Were Restraints / Force Used: | ☒ YES ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| IM Washington, Jeremy | Y33625 | C/O Schlosser | 7234 |
| C/O Martinez | 4842 | C/O Popke | 8623 |
| C/O Conley | 3198 | C/O Marinelli | 6929 |

### Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| C/O Black | 2769 | | |
| Nurse Emmons | RN | | |

2 of 2
### Statement of Facts: (NARRATIVE)

The door was secured and 1850 restraints were removed through the food port. No injury to staff or inmates to report at this time. IM identified by cell assignment. E.O.R.

Reporting Employee (Print): C/O Schlosser
Reporting Employee Signature: [signature]
Date / Time: 1-24-2020 / 2:15am
Person Accepting Report: [signature] 712
Date / Time: 1-24-20 4:13am

Administrative Assessment: _____

Chief Administrative Officer: [signature]
Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

IDOC000029
DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC. DPY          Date of Incident: 1-23-20     Time of Incident: 11:10  ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y33625 | C/o Conley | 3198 |
| C/o Black | 2769 | C/o Schlossler | 7234 |
| C/o Martinez | 4642 | C/o Papke | 8523 |

### Witnesses to incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | C/o Marinelli | 6929 |
| | | RN Emmons | |

### Statement of Facts: (NARRATIVE)

On the above date and approximate time I, C/o Conley 3198 was Restraint 1 position for activated tact team to extract I/m Washington, Jeremy Y33625 from XC-30 in DPU. It was heard from other staff that I/m Washington was making threats of self harm and assault, and also possibly possessed a home made weapon. Upon arrival at XC-30 the window was completely covered with what appeared to be saturated toilet paper stuck to window to prevent from seeing inside cell, and also what appeared to be a mattress layed against the cell door to block entrance to cell. It was observed through the cuffing port that I/m Washington was pacing in the cell with a white cloth covering his face for a home made mask. I/m Washington was observed to be holding an object in his hand, a possible weapon, and assuming a fighting stance. I/m Washington refused to comply with multiple direct orders to turn his back, and place his hands through cuffing port for hand restraints to be applied. Pepper was administered into ...

Reporting Employee (Print): Conley    Reporting Employee Signature: 3198    Date/Time: 1-24-20 2:25am    Person Accepting Report: [signature] 712    Date/Time: 1-24-20 4:15am

### Administrative Assessment: _____

Chief Administrative Officer: [signature]    Date/Time: 1/24/20 9:00am

IDOC000030

Page 2 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. DPU   Date of Incident: 1-23-20   Time of Incident: 11:00 ☐am ☒pm

| | | | | | | |
|---|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y33625 | C/O Conley | 3198 |
| C/O Black | 2769 | C/O Schlossler | 7234 |
| C/O Martinez | 4642 | C/O Papke | 8523 |

**Witnesses to incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | C/O Marinelli | 6929 |
| | | RN Emmors | |

**Statement of Facts: (NARRATIVE)**

... cell and mace orders were given, which I/m Washington refused to comply and also refused to drop the item in I/m Washington's hand. After more occurances of refused orders and more pepper being administered into KC-30 I/m Washington complied with application of restraints through cuffing port, backed out with opening of cell door. I/m Washington then, on his own, layed on his stomach for leg restraints and bite mask to be applied, which he complied. I/m Washington was then helped to his knees and then feet to be escorted to eye wash station on XC-wing. Once escorted to eye wash station I/m Washington agreed with use. After eye wash station I/m Washington was escorted to foyer area, sat in chair to be examined by medical staff, which I/m Washington refused. I/m Washington was then escorted to XD-09 where a propper controlled strip search was conducted. During search I/m Washington made statements of someone touching his bottom area. After search I/m Washington was assessed for a crisis placement for making statements of being homicidal and suicidal. I/m Washington ...

Reporting Employee (Print): Conley   3198
Reporting Employee Signature: [signature]
Date/Time: 1-24-20 2:25 am
Person Accepting Report: [signature] 712
Date/Time: 1-24-20 4:15 am

**Administrative Assessment:** _____

Chief Administrative Officer: [signature] Sonja Nill
Date/Time: 1/24/20 9:00 am

IDOC000031

Distribution: Director, Deputy Director, File
Printed on Recycled Paper
DOC 0434 (Eff. 1/2014)

page 3 of 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C. DPH    Date of Incident: 1-23-20    Time of Incident: 11:10  ☐am ☒pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | Were Restraints / Force Used: | ☒ YES ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y53625 | C/o Conley | 3198 |
| C/o Black | 2764 | C/o Schlosser | 7234 |
| C/o Martinez | 4642 | C/o Pupke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | C/o Marinelli | 6929 |
| | | RN Emmons | |

**Statement of Facts: (NARRATIVE)**

... Was then placed on a crisis watch in XD-09. I/m Washington was un-restrained and secured in XD-09. While at cell door of XC-30 befor I/m Washington complied with order I/m Washington threw an unknown liquid substance through the cuffing port of cell door of XC-30. I/m Washington was positively identified by state issued ID. No notable injuries to staff at this time.

EOR—

Reporting Employee (Print): Conley
Reporting Employee Signature: 3198
Date / Time: 1-24-20 2:25 am
Person Accepting Report: M. Pott 712
Date / Time: 1-24-20 4:10 pm

**Administrative Assessment:** _____

Chief Administrative Officer: (signature)
Date / Time: 1/24/20 9:00am

IDOC000032

Distribution: Director, Deputy Director, File    Printed on Recycled Paper    DOC 0434 (Eff. 1/2014)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC DPU C and D wing
Date of Incident: 1-23-20
Time of Incident: Approx 11:10 ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | Y33605 | C/O Marinelli | 6929 |
| C/O Black | 2769 | C/O Schlossler | 7234 |
| C/O Conley | 3198 | C/O Parke | 9523 |
| | | C/O Martinez | 4642 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| RN Nurse Emmons | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approx time tact team was activated for do a cell extraction on I/M Washington per Warden Nicklous Due to I/M covering his window, made threats of self harm and barricaded himself in his cell. I R/O C/O Martinez #4642 shield upon arriving to DPU-C-Cell 30. I/M was given a direct order per team leader Black, I/M refused food port box was opened. I placed shield over cuffing port and a unknown liquid substance struck the door and shield. Pepper was administered into the cell along with multiple direct orders. I/M refused all orders, offender was seen pacing back and forth and assumed a fighting stance with an unknown item in his left hand that appeared to be to be a weapon. More pepper was administered along with multiple direct orders, I/M refused. At this time a decision was made to have door cracked more pepper was administered in to the cell. Another direct order was given. I/M complied door was shut, I/M approached cuffing port hand restraints were applied once secured door was opened I/M was given an order to go on his knees. I/M layed down on his stomach DM stomach Mechanical leg restraints were applied. Once secured I/M was escorted to C-wing eye wash. He was then escorted to foyer to be seen by Medical. I/M refuses Medical attention. I/M was then escorted to DPU-A-09 a proper Controlled Strip search was performed No contraband found. I/M was seen by a crisis team member. I/M stated "I am homicidal and suicidal" then refused further assessment. Door was shut, post escort Mechanical restraints were removed through cuffing port I/M was placed on crisis watch. Tact team exited the wing. No injuries to report C.O.R. I/M identified by state D/L

Reporting Employee (Print): C/O Martinez
Reporting Employee Signature: C/O Martinez 4642
Date/Time: 1-24-20 Approx 2:30 am
Person Accepting Report: [signature] 712
Date/Time: 1-24-20 4:10 am

**Administrative Assessment:** _____

Chief Administrative Officer: Sonja Nicklous
Date/Time: 1/24/20 9:00 am

IDOC000033

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

Distribution: Director, Deputy Director, File
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

1/3

Incident Number: _____
Type of Incident: _____

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon C.C. DPU XC-30        Date of Incident: 1/23/2020        Time of Incident: 22:45     ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Washington, Jeremy | Y33625 | Martinez | 4642 |
| Marinelli | 6929 | Conley | 3198 |
| Schlossler | 7234 | Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Emmons | RN | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time, this ATC was informed, per Major Newman, Offender Washington barricaded / obstructed all view into XC-30. Washington made threats of assaulting staff and self-harm. Washington was unresponsive to all staff at this time. This ATC was informed the Tactical Unit was activated to extract Washington from XC-30. This ATC-Team Lead, Martinez-Shield, Conley-1st Restraint, Schlossler-2nd Restraint, Papke-Door, Marinelli-Camera. Approximately 23:05, this ATC was informed Washington threatened to throw feces on staff and possibly had a weapon in the cell. Approximately 23:10, the team arrived to the door of XC-30. This ATC observed the cell door window completely covered. The cuffing port was opened and the shield was placed to cover the port for a visual into the cell. An unknown liquid was thrown out of the cuffing port striking the shield. This ATC gave Washington several direct orders to cuff up. This ATC observed Washington covered / wrapped with miscellaneous clothing and bedding. Washington had his face well covered. Washington was observed to have an unknown item in his hand. Washington refused to comply with all orders. This ATC administered PepperBall into XC-30 for area saturation. Washington began assuming a fighting stance and refusing orders to cuff up. Pepper spray was administered into the cell with little effect. Washington proceeded to pace the cell and take a fighting stance. Washington continued holding an unknown item in hand that was presumed to be a weapon. PepperBall was utilized to impact Washington's torso in an attempt to gain compliance. Washington still refused to comply. A combination of PepperBall impact and Pepper Spray was utilized several times between orders to cuff up. Every time pepper was administered into the cell, Washington appeared to slow down slightly. Washington

| Black 2769 | | 1/24/2020 3:40 AM | | 1-24-20 4:12 pm |
|---|---|---|---|---|
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:** _____

Chief Administrative Officer: _____        Date / Time: 1/24/20 9:00 am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)
Printed on Recycled Paper

IDOC0000434        DOC 0434 (Eff. 1/2014) [Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

2/3

Incident Number: _____
Type of Incident: _____

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon C.C. DPU XC-30     Date of Incident: 1/23/2020     Time of Incident: 22:45     ☐ am ☒ pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | Were Restraints / Force Used: | ☒ YES ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☒ YES ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Washington, Jeremy | Y33625 | Martinez | 4642 |
| Marinelli | 6929 | Conley | 3198 |
| Schlossler | 7234 | Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Emmons | RN | | |

**Statement of Facts: (NARRATIVE)**

grasped the presumed weapon throughout. The cell door was opened for a better view into the cell. PepperBall was again delivered to Washington, resulting in Washington dropping the item in hand and complying with orders to cuff up. Washington placed his hands through the cuffing port. The team secured Washington in restraints at the cell door. Washington was escorted to the XC eye wash station to rinse his eyes. Washington was escorted to the C/D medical station to be assessed by the RN. The RN examined and addressed Washington's medical needs. This ATC instructed Marinelli to video record what appeared to be the PepperBall impact to Washington's torso front and back. Video footage was also taken of Washington's head and face where there appeared to be no impact or injuries. Washington refused any further medical attention. Washington was escorted to XD-9 where he stated at the door "I'm homicidal and suicidal!" Washington was informed a CRISIS team member would be notified to speak with him. Washington was escorted into XD-9, assisted onto the bed, and the team conducted a controlled search. No contraband was discovered on Washington's person. Washington was assisted into a security smock to be covered so a CRISIS team member could assess him. Several minutes later, RN Emmons arrived to conduct the CRISIS interview. Washington stated to the RN "I'm homicidal and suicidal!" then refused to speak further with the RN. This ATC was informed Washington would be placed on a CRISIS watch. A security mattress and blanket were also afforded to Washington in XD-9. Washington was assisted to his feet, escorted to the door of XD-9, and restraints were removed through the cuffing port on the door. Approximately 00:00 1/24/2020, Washington was secured in XD-9 without further issue. No injuries to staff or offender to

| Black 2769 | | 1/24/2020 3:40 AM | | 1-24-20 |
|---|---|---|---|---|
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

**Administrative Assessment:** _____

Chief Administrative Officer: _____     Date / Time 1/24/20 9:00 am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

IDOC000035     DOC 0434 (Eff. 1/2014) (Replaces DC 434)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

3/3

Incident Number: _____
Type of Incident: _____

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Dixon C.C. DPU XC-30     Date of Incident: 1/23/2020     Time of Incident: 22:45     ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Washington, Jeremy | Y33625 | Martinez | 4642 |
| Marinelli | 6929 | Conley | 3198 |
| Schlossler | 7234 | Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Emmons | RN | | |

**Statement of Facts: (NARRATIVE)**
report at this time. With the extraction complete, the team shook down XC-30. One black comb was recovered from the cell that resembled the unknown item in Washington's hand during the extraction. EOR

Black 2769
Reporting Employee (Print)     Reporting Employee Signature     Date / Time: 1/24/2020 3:40 AM     Person Accepting Report     Date / Time: 1-24-20 4:17pm

**Administrative Assessment:** _____

Chief Administrative Officer: _____     Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

IDOC000036     DOC 0434 (Eff. 1/2014) [Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C.
Date of Incident: 1-23-2020
Time of Incident: 1050 ☐ am ☒ pm

- Was a Weapon Involved: ☐ YES ☒ NO
- Was Property Damaged: ☐ YES ☒ NO
- Were Arrests Made: ☐ YES ☒ NO
- Were there Media Inquiries: ☐ YES ☒ NO
- Were Restraints / Force Used: ☐ YES ☒ NO
- Were Chemical Agents or OC Used: ☐ YES ☒ NO
- Appr. Unit and/or Law Enf. Agency Notified: ☐ YES ☒ NO
- Any Injuries / Hospitalizations: ☐ YES ☒ NO

### Offenders / Staff Involved:

| Name | I.D. # |
|---|---|
| I/m Washington, Jeremy | Y33625 |
| C/O Porter | 4373 |

### Witnesses to Incident:

| Name | I.D. # |
|---|---|
| Sgt. Wheeler | 8516 |

### Statement of Facts: (NARRATIVE)

On the above date and approximate time I, Lt Love, gave I/m Washington #Y33625 three direct orders to come to the window because he was being unresponsive and covering his window. Shift commander notified. I/m resides in C wing of the X house cell 30. I/m Washington was has been trying to get staff the entire shift 3/11 to open I/m Washington's cell door or chuckhole. Staff had reported what to have looked like a carton full of liquid and poop in I/m Washington's cell. C/O Porter was notified by the c wing porters I/m Washington had a shit bomb waiting to throw on staff. EOR

Reporting Employee (Print): Lt Love 13186
Reporting Employee Signature: Lt Love
Date / Time: 1-23-2020 1057
Person Accepting Report: [signature]
Date / Time: 1/23/20 11:56

2-28-11

Administrative Assessment: _____

Chief Administrative Officer: [signature]
Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)
Printed on Recycled Paper

IDOC000037
DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon C.C.    Date of Incident: 1-23-20    Time of Incident: 5:00    ☐ am ☒ pm

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ | ☒ | Were Restraints / Force Used: | ☐ | ☒ |
| Was Property Damaged: | ☐ | ☒ | Were Chemical Agents or OC Used: | ☐ | ☒ |
| Were Arrests Made: | ☐ | ☒ | Appr. Unit and/or Law Enf. Agency Notified: | ☐ | ☒ |
| Were there Media Inquiries: | ☐ | ☒ | Any Injuries / Hospitalizations: | ☐ | ☒ |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremy | Y33625 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Lt. Love | 13186 | | |
| Sgt. Wheeler | 8516 | | |

**Statement of Facts: (NARRATIVE)**

On the above date and appx. time this c/o Porter was told by XC janitors that XC-30 cell inmate Washington was concealing a "Shit Bomb" and had intent to use it on staff. This c/o Porter advised Sgt. Wheeler. At appx. 10:30pm this c/o Porter observed I/m Washington cell window had been covered. This c/o Porter was then unable to get a verbal response from I/m Washington. Lt. Love was then notified, and Tac was activated shortly thereafter.

Reporting Employee (Print): c/o Porter
Reporting Employee Signature: [signature]
Date / Time: 1-23-20 / 10:20
Person Accepting Report: [signature]
Date / Time: 1/23/20 11:56

**Administrative Assessment:** _____

Chief Administrative Officer: [signature]
Date / Time: 1/24/20 9:00am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)
Printed on Recycled Paper
IDOC000038
DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

SM2

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC

Date of Incident: 1/23/2020    Time of Incident: 11:10    ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES | ☐ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremey | Y33625 | C/O Martinez | 4642 |
| C/O Black | 2769 | C/O Schlosser | 7234 |
| C/O Conley | 3198 | C/O Marinelli | 6929 |

### Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

### Statement of Facts: (NARRATIVE)

On the above date and approx. time, Tact was activated on I/m Washington Y33625 in cell XC-30 for covering his window, threatening self harm, and having an alleged weapon in the cell. I (C/O L. Papke 6523) was designated as door. We walked onto the wing and stacked up on his cell door. I/m Washington was given a direct order to cuff up but refused. The food port was then opened and I/m Washington threw an unknown liquid out the food port. I/m Washington was given numerous more direct orders to cuff up. At this time, I/m Washington was pacing back and forth in his cell with what appeared to be a weapon in his left hand. Pepper was administered into the cell. I/m Washington refused to comply and was still observed pacing around with what appeared to be a weapon in his hand. After several rounds of direct orders to cuff up and pepper being administered into the cell, I/m Washington eventually complied and was placed in mechanical restraints through the food port. I/m Washington was escorted to the eye wash station and then out into the foyer to be seen by medical. I/m Washington refused medical attention and was then escorted down to XD-09 where he declared he wanted to be placed on a crisis watch. A proper controlled strip search of I/m Washington was conducted inside the cell. I/m Washington refused to talk to a Crisis Team Member and was placed on a suicide watch. The mechanical restraints were then removed.

L. Papke   6523   1-24-2020 / 2:00 am   [signature] 7/29   1-24-20  4:10
Reporting Employee (Print) | Reporting Employee Signature | Date/Time | Person Accepting Report | Date/Time

### Administrative Assessment: _____

[signature]   Date/Time: 1/24/20  9:00 am
Chief Administrative Officer:

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)
Printed on Recycled Paper
1 of 2
IDOC0000039  Eff. 1/2014
[Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: Dixon CC
Date of Incident: 1/23/2020   Time of Incident: 11:10   ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☒ YES ☐ NO | | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Washington, Jeremey | Y33625 | C/O Martinez | 4642 |
| C/O Black | 5769 | C/O Schlosser | 7234 |
| C/O Conley | 3198 | C/O Marinelli | 6929 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

**Statement of Facts: (NARRATIVE)**

through the food port and I/m washington was secured inside. No injuries to staff or inmate to report at this time. I/m was identified by state ID and cell assignment. EOR

---

L. Poole
Reporting Employee (Print)

[signature] 8523
Reporting Employee Signature

1-24-2020 / 2:00 am
Date / Time

[signature] 712
Person Accepting Report

1-24-20 4:10 Am
Date / Time

**Administrative Assessment:** _____

Chief Administrative Officer: [signature Sonja Nill]
Date / Time: 1/24/20 9:00 am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

2 of 2

IDOC000040

DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

1 of 3

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: **Dixon CC**     Date of Incident: **1/23/20**     Time of Incident: **11:10**   ☐ am ☒ pm

| | | | | |
|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | ~~Were Restraints~~ / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES ☒ NO | ~~Were Chemical~~ Agents or (OC) Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | Y33625 | C/O Schlossler | 7234 |
| C/O Marinelli | 10929 | C/O Martinez | 4642 |
| C/O Conley | 3198 | C/O Black | 2769 |
| | | C/O Papke | 8523 |

### Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

### Statement of Facts: (NARRATIVE)

On the above date and approximate time, TACT team was activated to perform a cell extraction on I/M Washington due to his window to the cell being covered, I/M being unresponsive and previously threatened self-harm with a potential weapon. TACT team lined up outside the door of I/M Washington, XC-wing cell-30. 1st direct order was given to come to the door to cuff up which I/M Washington refused to comply. Food port to the cell door was opened and the shield was placed over the food port opening. I/M Washington then threw an unknown substance out of the food port and it splashed against the shield. 2nd and 3rd direct order was given for I/M Washington to come to the door to cuff up. I/M Washington did not comply with direct orders. A combination of pepper was then used multiple times through the food port to gain compliance. While pepper was administered into the cell, I/M Washington was pacing back and forth in the cell, had his face covered and had something in his hand. I/M Washington was given multiple

Reporting Employee (Print): **Marinelli**
Reporting Employee Signature: [signature]
Date/Time: 1/24/20 1:50 am
Person Accepting Report: [signature] 712
Date/Time: 1-24-20 4:12 am

### Administrative Assessment: _____

Chief Administrative Officer: [signature] Sonja Nicholl
Date/Time: 1/24/20 9:00 am

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

2 of 3

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: **Dixon CC**  Date of Incident: **1/23/20**  Time of Incident: **11:10**  ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

### Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | Y33625 | C/O Schlossler | 7234 |
| C/O Marinelli | 6929 | C/O Martinez | 4642 |
| C/O Conley | 3198 | C/O Black | 2769 |
| | | C/O Papke | 8523 |

### Witnesses to incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | | | |

### Statement of Facts: (NARRATIVE)

orders to drop what he had in his hand, come to the door to cuff up. I/M Washington still refused to comply with direct orders. TACT team then prepared to breach the door. Door was opened and I/M Washington was given direct orders to comply by coming to the door to cuff up. Pepper was administered into the cell through the opening of the door. I/M Washington complied with direct orders and came to the door. The door was secured and I/M Washington was placed into wrist restraints through the food port. The cell door was opened and I/M Washington was placed on his stomach on the ground outside the cell to secure leg restraints on him. I/M Washington was then escorted to XC-wing eyes wash station. I/M Washington was then escorted to the foyer to be given the option to seek any medical attention. I/M Washington refused medical and then was escorted to XD-wing cell-9 where he yelled "I'm suicidal and homicidal, lets go!" A controlled strip search was conducted

Reporting Employee (Print): **Marinelli**
Reporting Employee Signature: _signed_
Date/Time: 1/24/20 1:50 am
Person Accepting Report: _signed_ 7/2
Date/Time: 1-24-20 4:45 am

### Administrative Assessment: _____

Chief Administrative Officer: _signed Sonja Nicholson_
Date/Time: 1/24/20 9:00 am

IDOC000042

Distribution: Director, Deputy Director, File    Printed on Recycled Paper    DOC 0434 (Eff. 1/2014) (Replaces DC 434)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

3 of 3

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: **Dixon CC**    Date of Incident: **1/23/20**    Time of Incident: **1:10** ☐ am ☒ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/M Washington, Jeremy | V33625 | C/O Schlossler | 7234 |
| C/O Marinelli | 6929 | C/O Martinez | 4642 |
| C/O Conley | 8198 | C/O Black | 2769 |
| | | C/O Papke | 8523 |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Nurse Emmons | RN | | |

**Statement of Facts: (NARRATIVE)**

inside cell-9 and I/M Washington was then dressed into a smock. Crisis team was brought to the cell to speak with I/M Washington and he refused to speak to the crisis team. I/M Washington was then brought to the cell door, the door was secured and mechanical restraints were removed through the food port. Once the food port was secured, TACT team was then exited XD-wing. I, C/O Marinelli, was Camera during this activation.

Reporting Employee (Print): Marinelli
Reporting Employee Signature: Mar~
Date/Time: 1/24/20 1:30 am
Person Accepting Report: [signature]
Date/Time: 1-24-20 4:13 pm

**Administrative Assessment:** _____

Chief Administrative Officer: [signature]
Date/Time: 1/24/20 9:00am

IDOC000043
DOC 0434 (Eff. 1/2014)
[Replaces DC 434]

Distribution: Director, Deputy Director, File      Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: **Dixon CC**   Date of Incident: **1/23/20**   Time of Incident: **1130** ☑am ☐pm

| | | | | | | |
|---|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☐ NO | Were Restraints / Force Used: | ☐ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☐ NO | Were Chemical Agents or OC Used: | ☐ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☐ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☐ NO |
| Were there Media Inquiries: | ☐ YES | ☐ NO | Any Injuries / Hospitalizations: | ☐ YES | ☐ NO |

**Offenders / Staff Involved:**

Name: Washington, Jeremy   I.D. #: Y33625

**Witnesses to Incident:**

**Statement of Facts: (NARRATIVE)**

At the above date & approximate time IM Washington Jeremy Y33625 was extracted from his cell by tact team. IM assessed & treated accordingly. EOR.

Reporting Employee (Print): **K Emmons RN**
Reporting Employee Signature: [signed]
Date / Time: **1/23/20 11:40p**
Person Accepting Report: [signed] 712
Date / Time: **1-24-20 4½a**

**Administrative Assessment:** _____

Chief Administrative Officer: [signed] Sonje Nill
Date / Time: **1/24/20 9:00am**

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)
*Printed on Recycled Paper*

IDOC000044 (Eff. 1/2014)
{Replaces DC 434}

ILLINOIS DEPARTMENT OF CORRECTIONS
## Incident Report

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: 1/25/20 Dixon CC    Date of Incident: 1/23/20    Time of Incident: 1150 ☐ am ☒ pm

| | | | |
|---|---|---|---|
| Was a Weapon Involved: | ☐ YES ☒ NO | Were Restraints / Force Used: | ☐ YES ☒ NO |
| Was Property Damaged: | ☐ YES ☒ NO | Were Chemical Agents or OC Used: | ☐ YES ☒ NO |
| Were Arrests Made: | ☐ YES ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES ☒ NO |
| Were there Media Inquiries: | ☐ YES ☒ NO | Any Injuries / Hospitalizations: | ☐ YES ☒ NO |

**Offenders / Staff Involved:**

Name: Washington Jeremy    I.D. #: Y33625

**Witnesses to Incident:**

**Statement of Facts: (NARRATIVE)**

At above date & approximate time, IM Washington, Jeremy Y33625 was placed on a 10min CW, per Weidena, GDR-1

Reporting Employee (Print): C Emmonsker
Reporting Employee Signature: [signature]
Date / Time: 1/23/20 1150
Person Accepting Report: [signature]
Date / Time: 1-24-20 4:10 pm

**Administrative Assessment:** _____

Chief Administrative Officer: [signature]
Date / Time: 1/24/20 9:00 am

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

Printed on Recycled Paper

IDOC000045 (Eff. 1/2014)
[Replaces DC 434]