UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>                Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's November 17, 2023 Order (Dkt. 107), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

Plaintiff served Defendants' counsel with discovery requests applicable to the new defendants on December 6, 2023, and plan to issue an additional set of requests applicable to all Defendants covering an issue raised during the original 6 Defendants' depositions. The parties are working diligently to complete all written discovery. The parties have completed Plaintiff's deposition and the depositions of the 6 original Defendants, and plan to schedule depositions of the 4 new Defendants upon completion of written discovery.

2. **Proposed Discovery Schedule**:
   - Completion of Written Discovery: January 31, 2024
   - Completion of Fact Discovery: April 1, 2024
   - Next Discovery Conference with the Court: April 2, 2024
   - All Dispositive Motions Due: May 1, 2024

3. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes the taking of depositions for the newly added defendants.

4. **All pending or anticipated motions**:

The parties do not have any currently pending motions and do not anticipate additional motion practice at this time.

Dated: December 29, 2023

Respectfully submitted,

ROPES & GRAY LLP

/s/ *Timothy R. Farrell*
Timothy Farrell
John Wolf
Kacie Brinkman
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff, Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

/s/ *Manasseh A. Konadu*
Manasseh A. Konadu
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 405-9428
Manasseh.Konadu@ilag.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2023, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy R. Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd
Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*