**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

JEREMY WASHINGTON,

                Plaintiff,

    v.

MICHAEL CONLEY, ET AL.,

                Defendants.

Civil Case No. 20-cv-50390

Magistrate Judge Margaret J. Schneider

**JOINT STATUS REPORT**

    The parties, by and through their attorneys, and pursuant to the Court's January 2, 2024 Order (Dkt. 113), hereby submit the following Joint Status Report:

    1.    **Status of Discovery**:

    Following the filing of his Second Amended Complaint on November 27, 2023 (Dkt. 109), Plaintiff served on Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, Ben Schlosser, Brent Porter, Colton Love, Christopher Wheeler, and Katherine Emmons Plaintiff's Third Set of Requests for Production of Documents and Items on December 28, 2023. Through counsel, Defendants acknowledged receipt of these discovery requests on December 28, 2023, but have not yet provided responses or produced responsive documents.

    On November 29, 2023, Plaintiff's counsel emailed to the Clerk's Office and uploaded to the Court's Box.com submission form the requisite USM-285 and summons forms for the service of the Second Amended Complaint on newly added Defendants Katherine Emmons, Colton Love, Brent Porter, and Christopher Wheeler. On February 7, 2024, it was brought to

Plaintiff's counsel's attention that summons had been issued for Defendant Wheeler, but not for Defendants Porter, Love, or Emmons. (See Dkt. 119). Pursuant to the Court's February 7 instructions, Plaintiff sent USM-285 forms to the Clerk's Office via email, and summons were issued for Defendants Emmons, Love, Porter, and Wheeler on February 13, 2024. Counsel for Defendants Conley, Marinelli, Martinez, Papke, and Schlossler has not confirmed to Plaintiff's counsel whether he also represents Defendants Emmons, Love, Porter, and Wheeler in this litigation.

Defendants Conley, Marinelli, Martinez, Papke, Schlosser, and Porter answered Plaintiffs' Second Amended Complaint on January 11, 2024 and thereafter amended their answer on January 12, 2023. Defendants Emmons, Love, Porter, and Wheeler have not yet answered the Second Amended Compliant.

Plaintiff intends to depose Defendants Emmons, Love, Porter, and Wheeler, but only after all Defendants have answered the Second Amended Complaint and satisfactorily responded to (including producing documents in response to) the outstanding discovery requests. The parties are endeavoring to complete fact discovery by the current April 1, 2024 deadline.

    2.    **<u>Status of Settlement Discussions</u>**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes the taking the depositions of Defendants Emmons, Love, Porter, and Wheeler.

    3.    **<u>All pending or anticipated motions</u>**:

The parties do not have any currently pending motions and do not anticipate additional motion practice at this time.

Dated: February 29, 2024

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy R. Farrell*
Timothy Farrell
John Wolf
Kacie Brinkman
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff, Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Manasseh A. Konadu*
Manasseh A. Konadu
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 405-9428
Manasseh.Konadu@ilag.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy R. Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd
Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*