UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CONLEY, ET AL., <br><br> Defendants. | Civil Case No. 20-cv-50390 <br><br> Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's May 9, 2024 Order (Dkt. 127), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

Following the filing of his Second Amended Complaint on November 27, 2023 (Dkt. 109), Plaintiff served on Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, Ben Schlosser, Brent Porter, Colton Love, Christopher Wheeler, and Katherine Emmons Plaintiff's Third Set of Requests for Production of Documents and Items on December 28, 2023. Through counsel, Defendants served objections to these discovery requests on March 18, 2024, but have not yet produced responsive documents.

On April 8, 2024, counsel for the parties met telephonically to discuss Plaintiff's outstanding document requests. Counsel for Defendants communicated that he did not yet represent the new Defendants, and Counsel for Plaintiffs conveyed that their discovery requests were applicable to all Defendants. Accordingly, in the interest of streamlining their requests and completing discovery as expeditiously as possible within the Court's deadlines, Plaintiff's

1

counsel previewed to Defendants' counsel the discovery requests they planned to formally serve on the new defendants.

On July 5, 2024, the newly added defendants—Defendants Emmons, Love, Porter, and Wheeler—through the same counsel as has appeared on behalf of the existing defendants, filed a motion for an extension of time to answer to the Second Amended Complaint. Said motion was granted on July 8, 2024, providing that Defendants Emmons, Love, Porter, and Wheeler had until July 12, 2024 to answer the Second Amended Complaint.

As of the filing of this Joint Status Report on July 15, Defendants Emmons, Love, Porter, and Wheeler have yet to answer the Second Amended Complaint. Counsel for Defendants advised on July 15 that the newly added defendants plan to file their Answer on July 16.

Plaintiff intends to formally serve discovery requests (identical to the requests previewed to Defendants' counsel in March) on Defendants Emmons, Love, Porter, and Wheeler following their answer to the Second Amended Complaint. Plaintiff also intends to depose Defendants Emmons, Love, Porter, and Wheeler as soon as practicable once all written discovery has been received and reviewed. The parties are endeavoring to complete fact discovery by the current August 28, 2024 deadline. However, Plaintiff anticipates the possible need to extend discovery once more if the Defendants do not produce the outstanding and relevant discovery that Plaintiff has requested of Defendants Black, Conley, Marinelli, Martinez, Papke, and Schlosser and the discovery Plaintiff intends to request of Defendants Emmons, Love, Porter, and Wheeler following their appearance and Answer in this case with sufficient time for Plaintiff to depose Defendants Emmons, Love, Porter, and Wheeler.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes receiving all requested documents from and taking the depositions of Defendants Emmons, Love, Porter, and Wheeler.

3. **All pending or anticipated motions**:

The parties do not have any currently pending motions and do not anticipate additional motion practice at this time.

Dated: July 15, 2024

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy Farrell*
Timothy Farrell
John Wolf
Kacie Brinkman
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Manasseh A. Konadu*
Manasseh A. Konadu
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 405-9428
Manasseh.Konadu@ilag.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd
Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*