UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>    Defendants. | Civil Case No. 20-cv-50390<br><br>Magistrate Judge Margaret J. Schneider |

**JOINT STATUS REPORT**

 The parties, by and through their attorneys, and pursuant to the Court's July 16, 2024 Order (Dkt. 137), hereby submit the following Joint Status Report:

 **1.** **Status of Discovery**:

 Following the filing of his Second Amended Complaint on November 27, 2023 (Dkt. 109), Plaintiff served on Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, Ben Schlosser, Brent Porter, Colton Love, Christopher Wheeler, and Katherine Emmons Plaintiff's Third Set of Requests for Production of Documents and Items on December 28, 2023. Through counsel, Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, and Ben Schlosser (together, the "Original Defendants") served objections to these discovery requests on March 18, 2024, but have not yet produced responsive documents.

 On April 8, 2024, counsel for the parties met telephonically to discuss Plaintiff's outstanding document requests. Counsel for Defendants communicated that he did not yet represent the Defendants Brent Porter, Colton Love, Christopher Wheeler, and Katherine

1

Emmons (together, the "Additional Defendants"), and Counsel for Plaintiffs conveyed that their discovery requests were applicable to all Defendants. Accordingly, in the interest of streamlining their requests and completing discovery as expeditiously as possible within the Court's deadlines, Plaintiff's counsel previewed to Defendants' counsel the discovery requests they planned to formally serve on the new defendants.

On July 5, 2024, the newly added Additional Defendants, through the same counsel as has appeared on behalf of the Original Defendants, filed a motion for an extension of time to answer to the Second Amended Complaint. Said motion was granted on July 8, 2024, providing that the Additional Defendants had until July 12, 2024 to answer the Second Amended Complaint.

On July 15, the parties submitted a joint status report that reflected the input of counsel for Plaintiff and all Defendants, and included "Counsel for Defendants advised on July 15 that the newly added defendants plan to file their Answer on July 16." (Dkt. 136).

On July 19, this Court ordered: "Defendants Emmons, Love, Porter, and Wheeler's responsive pleading was due 07/12/24 [135], but no responsive pleading was filed by that deadline. Similarly, in the 07/15/24 joint status report, Defendants represented that their responsive pleading would be filed by 07/16/24, but no responsive pleading was filed. Defendants have until 07/26/24 to file their responsive pleading" (Dkt. 138).

On July 25, the Additional Defendants filed a motion to dismiss Plaintiffs' claims in his Second Amended Complaint. Plaintiff's response in opposition is due August 27 and Additional Defendants' reply is due September 11.

Should his claims withstand Defendants' motion to dismiss, Plaintiff intends to formally serve discovery requests (identical to the requests previewed to Defendants' counsel in March)

2

on the Additional Defendants following their answer to the Second Amended Complaint. Plaintiff also intends to depose the Additional Defendants as soon as practicable once all document discovery has been received and reviewed.

Given the current posture, the parties will be unable complete fact discovery by the current August 28, 2024 deadline.

The Parties propose extending the fact discovery deadline to one hundred twenty (120) days following the Court's ruling on the Additional Defendants' motion to dismiss. Such an approach would afford adequate time for (x) production of the outstanding and relevant discovery that Plaintiff requested of the Original Defendants in December 2023; (y) production of materials responsive to the discovery requests served on the Additional Defendants; and (z) taking the Additional Defendants' depositions in the event the motion to dismiss is denied.

2. **Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes receiving all requested documents from and taking the depositions of the Additional Defendants. Defendants state that this case is not in a posture conducive to settlement.

3. **All pending or anticipated motions**:

The Additional Defendants have a pending motion to dismiss.

Plaintiff states: "Should Plaintiff not receive the discovery he requested of the Original Defendants nearly eight months ago, which seeks certain communications relating to this lawsuit, Plaintiff may have no choice but to seek intervention from the Court."

Defendants state: "Plaintiff's two outstanding requests for production are that Defendants produce 'All text messages, emails, messages' and other electronic messages, including social-

3

media activity. Plaintiff's argumentative statement in a joint status report, which implies Defendants have improperly and prejudicially delayed responding to Plaintiff's requests, is inappropriate."

Dated: August 19, 2024

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy Farrell*
Timothy Farrell
John Wolf
Kacie Brinkman
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Manasseh Konadu*
Manasseh A. Konadu
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street, 28th Floor
Chicago, Illinois 60601
(312) 405-9428
Manasseh.Konadu@ilag.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2024, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

      By: */s/ Timothy Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*