**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| JEREMY WASHINGTON, | Civil Case No. 20-cv-50390 |
| Plaintiff, | |
| v. | Magistrate Judge Margaret J. Schneider |
| MICHAEL CONLEY, ET AL., | |
| Defendants. | |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's September 10, 2024 Order (Dkt. 144), hereby submit the following Joint Status Report:

1.    **Status of Discovery**:

Following the filing of his Second Amended Complaint on November 27, 2023 (Dkt. 109), Plaintiff served on Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, Ben Schlosser, Brent Porter, Colton Love, Christopher Wheeler, and Katherine Emmons Plaintiff's Third Set of Requests for Production of Documents and Items on December 28, 2023.  Through counsel, Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, and Ben Schlosser (together, the "Original Defendants") served objections to these discovery requests on March 18, 2024, but have not yet produced responsive documents.

On April 8, 2024, counsel for the parties met telephonically to discuss Plaintiff's outstanding document requests.  Counsel for Defendants communicated that he did not yet represent the Defendants Brent Porter, Colton Love, Christopher Wheeler, and Katherine

Emmons (together, the "Additional Defendants"), and Counsel for Plaintiffs conveyed that their discovery requests were applicable to all Defendants. Accordingly, in the interest of streamlining their requests and completing discovery as expeditiously as possible within the Court's deadlines, Plaintiff's counsel previewed to Defendants' counsel the discovery requests they planned to formally serve on the new defendants.

On July 25, the Additional Defendants filed a motion to dismiss Plaintiffs' claims in his Second Amended Complaint. Plaintiff filed his response in opposition on August 27 (Dkt. 143) and Additional Defendants' filed their reply on September 11.

Should his claims withstand Defendants' motion to dismiss, Plaintiff intends to formally serve discovery requests (identical to the requests previewed to Defendants' counsel in March) on the Additional Defendants following their answer to the Second Amended Complaint. Plaintiff also intends to depose the Additional Defendants as soon as practicable once all document discovery has been received and reviewed.

In light of the current posture, the Court has extended fact discovery to January 17, 2025. Defendants have agreed to produce Plaintiff's outstanding request and requires 30 days to do so.

**Status of Settlement Discussions**:

Plaintiff remains open to settlement discussions. Plaintiff is open to raising the prospect of settlement upon substantial completion of discovery, which includes receiving all requested documents from and taking the depositions of the Additional Defendants. Defendants state that this case is not in a posture conducive to settlement.

2. **All pending or anticipated motions**:

The Additional Defendants have a pending motion to dismiss.

Dated: November 8, 2024

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy R. Farrell*
Timothy Farrell
John Wolf
Kacie Brinkman
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Manasseh A. Konadu*
Manasseh A. Konadu
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street, 28th Floor
Chicago, Illinois 60601
(312) 405-9428
Manasseh.Konadu@ilag.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: _/s/ Timothy R. Farrell_

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd
Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*