UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CONLEY, ET AL., <br><br> Defendants. | Civil Case No. 20-cv-50390 <br><br> Hon. Iain D. Johnston <br> Hon. Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's November 13, 2024 Order (Dkt. 149), hereby submit the following Joint Status Report:

**1.  Status of Discovery**:

Following the filing of his Second Amended Complaint on November 27, 2023 (Dkt. 109), Plaintiff served on Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, Ben Schlosser, Brent Porter, Colton Love, Christopher Wheeler, and Katherine Emmons Plaintiff's Third Set of Requests for Production of Documents and Items on December 28, 2023.  Through counsel, Defendants Jordan Black, Michael Conley, Kassandra Marinelli, Danny Martinez, Luke Papke, and Ben Schlossler (together, the "Original Defendants") served objections to these discovery requests on March 18, 2024.  On April 8, 2024, counsel for the parties met telephonically to discuss Plaintiff's outstanding document requests.  Counsel for Defendants communicated that he did not yet at that time represent Defendants Brent Porter, Colton Love, Christopher Wheeler, and Katherine Emmons (together,

the "Additional Defendants") and would not accept service of any discovery requests directed to the Additional Defendants.

In the parties' November 8, 2024 joint status report, the Original Defendants agreed to produce documents responsive to Plaintiff's Third Set of Requests for Production but required 30 days to do so (Dkt. 148). On December 20, 2024, Defendants requested until January 3, 2025 to serve responses.

On July 25, 2024, the Additional Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint for failure to state a claim against the Additional Defendants (Dkt. 139). On August 19, 2024, Plaintiff served his Fourth Set of Requests for Production directed to the Additional Defendants. On November 14, 2024, the Court denied the Additional Defendants' motion to dismiss (Dkt. 150).

On December 17, 2024, Plaintiff, having received no discovery from the Additional Defendants, renewed his discovery requests to the Additional Defendants—initially served as Plaintiff's Fourth Set of Requests for Production on August 19, 2024—in an effort to make progress with discovery following the Court's denial of the Additional Defendants' Motion to Dismiss.

On December 20, 2024, Defendants (both Original and Additional) requested until January 3, 2025 to serve on Plaintiff all outstanding written and document discovery. Plaintiff agreed to allow Defendants until that date to serve all outstanding discovery.

Pursuant to the Court's September 10, 2024 order, fact discovery is set to end on January 17, 2025. However, Plaintiff intends to take the depositions of the four Additional Defendants but cannot be expected to do so until counsel receives and reviews the Additional Defendants'

document discovery, which Defendants have advised they now need until January 10, 2025 to produce. The parties therefor requests a 45-day extension of fact discovery until March 3, 2025.

2. **Status of Settlement Discussions**:

Plaintiff is open to settlement discussions and has proposed to Defendants the possibility of requesting a settlement conference with Magistrate Judge Schneider. Defendants are considering their position on a settlement conference, including seeking internal approval to agree to Plaintiff's proposal, but do not request one at this time. The parties request a January 17, 2025 deadline to submit a joint status report to the court concerning the parties' position(s) on the possibility of a settlement conference with the Court.

3. **All pending or anticipated motions**:

There are no pending motions at this time. Plaintiff reserves all rights to seek appropriate relief should (a) Defendants not produce documents responsive to Plaintiff's various outstanding discovery requests and/or (b) Additional Plaintiffs do not answer the operative complaint forthwith.

Dated: December 20, 2024

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy R. Farrell*
Timothy Farrell
John Wolf
Kacie Brinkman
Francis Liesman
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

-4-

*Attorneys for Plaintiff Jeremy Washington*

KWAME RAOUL
Attorney General of Illinois

*/s/ Manasseh A. Konadu*
Manasseh A. Konadu
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street, 28th Floor
Chicago, Illinois 60601
(312) 405-9428
Manasseh.Konadu@ilag.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 20, 2024, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy R. Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*