**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| JEREMY WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 20-cv-50390 |
| ) | |
| v. ) | |
| ) | Honorable Judge Iain D. Johnston |
| MICHAEL CONLEY, *et al.*, ) | Honorable Judge Margaret J. Schneider |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's December 26, 2024 Order (Dkt. 152), hereby submit the following Joint Status Report.

1. **Status of Settlement Discussions**:

Plaintiff is open to settlement discussions and has proposed to Defendants the possibility of requesting a settlement conference with Magistrate Judge Schneider. Defendants at this time cannot properly assess the case without Plaintiff first submitting a written settlement demand. The parties will work together to discuss settlement further after Plaintiff submits his settlement demand and will update the court as to the possibility of a settlement conference with Magistrate Judge Schneider.

In light of Defendants' position reflected above, Plaintiff intends to submit a settlement demand to Defendants, whereafter the parties shall provide written update to the Court should the parties agree that a settlement conference would be worthwhile. Plaintiff is also in receipt of Defendants' discovery responses dated January 10, 2025 and the parties are working to

schedule a meet and confer as soon as possible to discuss Plaintiff's challenges to Defendants' discovery responses.

Dated: January 17, 2025                                         Respectfully submitted,

                                                               ROPES & GRAY LLP

                                                               */s/ Timothy R. Farrell*
                                                               Timothy Farrell
                                                                John Wolf
                                                                Kacie Brinkman
                                                               Francis Liesman
                                                                191 North Wacker Drive, 32nd Floor
                                                                Chicago, IL 60606
                                                                Tel: (312) 845-1209
                                                                Fax: (312) 845-5569
                                                                timothy.farrell@ropesgray.com

                                                                *Attorneys for Plaintiff Jeremy Washington*


                                                               */s/ Manasseh A. Konadu*
KWAME RAOUL                                     Manasseh A. Konadu
Attorney General of Illinois                          Assistant Attorney General
                                                               Office of the Illinois Attorney General
                                                                115 South LaSalle Street, 28th Floor
                                                                Chicago, Illinois 60601
                                                                (312) 405-9428
                                                                Manasseh.Konadu@ilag.gov

                                                                *Attorney for Defendants*