UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON, | |
| Plaintiff, | Civil Case No. 20-cv-50390 |
| v. | Hon. Iain D. Johnston |
| MICHAEL CONLEY, ET AL., | Hon. Margaret J. Schneider |
| Defendants. | |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's January 27, 2025 Order (Dkt. 155), hereby submit the following Joint Status Report:

1. **Status of Discovery**:

On December 17, 2024, Plaintiff, having received no discovery from the Additional Defendants renewed his discovery requests to the Additional Defendants—initially served as Plaintiff's Fourth Set of Requests for Production ("RFPs") on August 19, 2024—in an effort to make progress with discovery following the Court's denial of the Additional Defendants' Motion to Dismiss.

On December 20, 2024, Defendants (both Original and Additional) requested until January 3, 2025 to serve on Plaintiff all outstanding written and document discovery. Plaintiff agreed to allow Defendants until that date to serve all outstanding discovery. Plaintiff served document requests on the Additional Defendants.

On January 27, 2025, counsel for the parties met and conferred. During this conference, Defendants' Counsel informed Plaintiff's Counsel that he was still pursuing documents

responsive to Plaintiff's RFPs from the Illinois Department of Corrections and that he would produce the documents as soon as they are available. Plaintiff is in receipt of Defendants' discovery responses dated January 10, 2025; however, as of filing, no documents responsive to these requests have been produced.

Pursuant to the Court's September 10, 2024 order, fact discovery is set to end on March 3, 2025. However, Plaintiff intends to take the depositions of the four Additional Defendants but cannot be expected to do so until counsel receives and reviews the Additional Defendants' document discovery. The parties therefor request a 45-day extension of fact discovery until April 17, 2025.

2. **Status of Settlement Discussions**:

Plaintiff is open to settlement discussions and has proposed to Defendants the possibility of requesting a settlement conference with Magistrate Judge Schneider. Defendants at this time cannot properly assess the case without Plaintiff first submitting a written settlement demand. The parties will work together to discuss settlement further after Plaintiff submits his settlement demand and will update the court as to the possibility of a settlement conference with Magistrate Judge Schneider.

In light of Defendants' position reflected above, Plaintiff intends to submit a settlement demand to Defendants, whereafter the parties shall provide written update to the Court should the parties agree that a settlement conference would be worthwhile.

3. **All pending or anticipated motions**:

There are currently no pending motions. Plaintiff reserves all rights to seek appropriate relief should Defendants fail to produce documents responsive to Plaintiff's various outstanding discovery requests.

| | |
|---|---|
| Dated: February 21, 2025 | Respectfully submitted,<br><br>ROPES & GRAY LLP<br><br>*/s/ Timothy R. Farrell*<br>Timothy Farrell<br>John Wolf<br>Kacie Brinkman<br>Francis Liesman<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Tel: (312) 845-1209<br>Fax: (312) 845-5569<br>timothy.farrell@ropesgray.com<br><br>*Attorneys for Plaintiff Jeremy Washington* |
| KWAME RAOUL<br>Attorney General of Illinois | */s/ Manasseh A. Konadu*<br>Manasseh A. Konadu<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street, 28th Floor<br>Chicago, Illinois 60601<br>(312) 405-9428<br>Manasseh.Konadu@ilag.gov<br><br>*Attorney for Defendants* |

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I caused the foregoing Joint Status Report, along with this Certificate of Service, to be electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the CM/ECF system of the court, which sends notification of such filing via electronic mail to all counsel of record.

By: */s/ Timothy R. Farrell*

Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd
Floor Chicago, IL 60606
Telephone: (312) 845-1259
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorney for Plaintiff Jeremy Washington*