UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>                Defendants. | Civil Case No. 20-cv-50390<br><br>Hon. Iain D. Johnston<br>Hon. Margaret J. Schneider |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to the Court's March 25, 2025 Order (Dkt. 162), hereby submit the following Joint Status Report:

    **1.**    **Status of Discovery**:

Fact discovery closes today, April 17, 2025. All oral depositions have been completed except for that of Additional Defendant Colton Love, who remains on active military duty as of January 19, 2025. Although Plaintiff issued a notice of deposition for Defendant Love, Defendants maintain that, in light of their forthcoming motion to stay proceedings as to Defendant Love pursuant to the Servicemembers Civil Relief Act, both the notice and related discovery should be held in abeyance until further order of the Court. Plaintiff understands that Defendant Love is currently on active military duty, which currently prevents scheduling his deposition or otherwise participating in this litigation.

From Defendants' perspective: All discovery is complete. Defendants have served supplemental Rule 26 disclosures and at Defendants' counsel's invitation and urging, arranged an in-person walkthrough of the relevant housing wings at Dixon Correctional Center. This

-2-

walkthrough was conducted in person with counsel and was a success. Photographs were taken during the walkthrough and are currently under review by the facility's Internal Affairs division. Undersigned counsel for the Defendants has received copies of the photographs and intends to produce them to Plaintiff's counsel once Internal Affairs provides clearance to do so.

Plaintiff has received and reviewed documents produced by Defendants on April 7, 2025, and April 9, 2025, in response to Plaintiff's Fourth Set of Requests for Production ("RFPs"). These productions include a transcript of Plaintiff's plea hearing in a separate action and Defendant Love's personnel file.

As previously discussed in the parties' prior Joint Status Report (Dkt. 160), Plaintiff sought communications between Defendants relating to this litigation, the incident at issue, or Plaintiff.

Plaintiff states the following: On April 9, 2025, Defendants' counsel represented that he was still pursuing documents responsive to Plaintiff's requests for social media communications between Defendants related to this litigation, the Incident, or Plaintiff; however, as of filing, no documents responsive to these requests have been produced.

Defendants state the following on this issue: Regarding the "social media communications," Defendants' current counsel has reviewed prior discovery responses, conferred with former counsel AAG Simerdeep Kaur and AAG Manasseh Konadu, and confirms that Defendants have no non-privileged, responsive documents to produce. Although Defendant Conley initially testified on April 25, 2023, during his deposition that he "still ha[s] those text messages," (See Conley Dep. Tr. 17:4-12). Defendants have confirmed that this statement was mistaken and the messages are not in his possession; the texts, as described in his testimony, were limited to Jordan Black advising Conley that, given the pending litigation, they should refrain

from discussing the case and put their friendship "on hold." Defendants therefore stand on their prior discovery responses on this issue stating that there are no responsive documents in Defendants' possession to be produced. There is no outstanding discovery yet to be responded to.

<u>Plaintiff states the following on this issue:</u> Plaintiff only heard Defendants' explanation for these missing social media communications for the first time in recent days, and certain aspects of it for the first time in this joint status report. Plaintiff therefore reserves the right to pursue all remedies available to him, including potential discovery-on-discovery to investigate potential spoliation. Plaintiff also reserves the right to seek leave to pursue additional discovery flowing from the documents that Defendants have yet to produce.

**2.    Status of Settlement Discussions**:

There are currently no active settlement discussions.

**3.    All pending or anticipated motions**:

There is currently a motion for leave to (1) file answer and affirmative defenses, (2) to adopt such answer, and (3) to stay proceedings as to Defendant Love. (ECF No. 164.) A briefing schedule has been entered [166], and briefing should conclude on May 5, 2025, with the filing of Defendants' reply.

Defendants intend to move for summary judgment. Plaintiff does not oppose the relief requested by Defendants' item (3), above. Plaintiff does oppose (1) and (2) given the substantial delays in bringing this matter to a resolution, and Plaintiff intends to file a response to Defendants' joint motion by April 28, 2025. Defendants intend to move for summary judgment. Plaintiff

intends to oppose Defendants' motion for summary judgment and likely cross-move for summary judgment.

### 4. Next Steps of Litigation

As noted above, the parties expect summary judgment motion practice. The Parties will confer and jointly submit to Judge Iain D. Johnston's proposed order inbox a date and time for a prefiling conference pursuant to the District Court's standing order.

Dated: April 17, 2025

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Timothy R. Farrell*
Timothy Farrell
Kacie Brinkman
Francis Liesman
Alex DiLalla
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1209
Fax: (312) 845-5569
timothy.farrell@ropesgray.com

*Attorneys for Plaintiff Jeremy Washington*

KWAME RAOUL

Attorney General of Illinois

By: */s/ Daniel N. Robbin*
Daniel Noah Robbin
Bar No. 6321386
Assistant Unit Supervisor
Government Representation Division
Office of the Attorney General
115 South La Salle Street
Chicago, Illinois 60603
(312) 814-7199
Daniel.Robbin@ilag.gov

*Attorney for Defendants*