UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEREMY WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CONLEY, ET AL.,<br><br>    Defendants. | Civil Case No. 20-cv-50390<br><br>Hon. Iain D. Johnston<br>Hon. Michael F. Iasparro |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY *INSTANTER* TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND TO COMPEL VERIFIED INTERROGATORY RESPONSES REGARDING ELECTRONIC DISCOVERY**

Plaintiff, by his counsel, and pursuant to the Court's guidance, respectfully requests leave to file the accompanying 3-page Reply. In support of this Motion, Plaintiff states as follows:

1. On July 21, 2025, Plaintiff filed a Motion to Reopen Discovery and to Compel Verified Interrogatory Responses Regarding Electronic Discovery (Partially Unopposed). Dkt. 194.

2. On July 22, 2025, the Court issued a Minute entry setting the deadline for Defendants' response as August 12, 2025, and stating "no reply will be needed." Dkt. 195.

3. On August 11, 2025, Defendants filed a Motion for an extension of time to file their Response. Dkt. 198.

4. On August 12, 2025, the Court granted Defendants' Motion for an extension of time and set a revised deadline of August 19, 2025. Dkt. 199.

5. On August 19, 2025, Defendants filed their Response. Dkt. 200.

6. In Defendants' Response, Plaintiff encountered factual subject matter not raised in his own Motion. As Plaintiff is being presented with these facts for the first time, he requests the opportunity to respond. *See MAO-MSO Recovery II, LLC v. State Farm Mut. Auto. Ins. Co.*, No. 1:17-CV-1537, 2019 WL 4452833, at *3 (C.D. Ill. Sept. 17, 2019), aff'd, 994 F.3d 869 (7th Cir. 2021) ([R]eplies are allowed "if the party opposing a motion has

    introduced new and unexpected issues in ... response to the motion."") (internal citations omitted).

7. Plaintiff's counsel requested Defendants' counsel position on Plaintiff's request to file a reply late in the day on August 26, 2025, and has not heard back as of filing this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

    a.    Granting Plaintiff leave to file instanter his 3-page Reply.

    b.    Granting such other and further relief as the Court deems just and proper.

Dated: August 26, 2025                                            Respectfully submitted,

                                                                               ROPES & GRAY LLP

                                                                               */s/ Timothy R. Farrell*
                                                                               Timothy R. Farrell
                                                                               Kacie J. Brinkman
                                                                               Alex H. DiLalla
                                                                               191 North Wacker Drive, 32nd Floor
                                                                               Chicago, IL 60606
                                                                               Tel: (312) 845-1209
                                                                               Fax: (312) 845-5569
                                                                               timothy.farrell@ropesgray.com

                                                                               *Attorneys for Plaintiff*