# EXHIBIT L



IDOC008842
Washington v. Conley 20CV50390



IDOC008843
Washington v. Conley 20CV50390



IDOC008844
Washington v. Conley 20CV50390



IDOC008845
Washington v. Conley 20CV50390



IDOC008846
Washington v. Conley 20CV50390



IDOC008847
Washington v. Conley 20CV50390





